RECEIVED
JUN 03 2022
PRO SE OFFICE

ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

CV 22-3187

Sharon Nichols a/k/a Sharon Cooper;
Tyrone Nichols

    Plaintiff(s) / Appellant(s)

-against-

Jill Randy Epstein; Alia Razzaq;
Robert N. Mizrahi  Janice Bogues

    Defendant(s) / Respondent(s)

Case No. _____

**OBJECTION TO DISPOSITIVE MOTION**

termed Residential Holdover Petition and

ATTEMPTED TITLE FRAUD

Jury Trial:   Yes

DeARCY HALL, J.

POLLAK, M.J.

**A.  Plaintiff(s)**

Name: Sharon Nichols and Tyrone Nichols
246 Saratoga Avenue Kings County New York State

Phone: N/A

**B.  Defendant(s)**

**Janice Bogues**
Doing Business As: JANICE BOGUES EXECUTRIX OF THE ESTATE OF JAMES BOUGUES
c/o: Mizrahi Law Offices, LLC; 160 Broadway, Suite 710 New York, NY 10038

**ROBERT MIZRAHI Attorney; Principal**
Doing Business As: Mizrahi Law Offices LLC
160 Broadway New York, NY, 10038-4201 United States

**Alia Razzaq**
Doing Business As: Clerk of the Civil Court of the City of New York
In Care of: 141 Livingston St FL 7 Brooklyn, NY, 11201-5133 United States

**Jill Randy Epstein**
Doing Business As:  Jill R. Epstein; Supervising Judge
In Care of: STEWART FEIGEL; Branch Manager
Doing Business As: Unified Court System of New York State
141 Livingston St FL 7 Brooklyn, NY, 11201-5133 United States

**BASIS FOR JURISDICTION: Federal Question**

This court has jurisdiction as the matter pertains to violations of the United States Constitution and federal law.

- Violation of Article 1 Section II of the United States Constitution – Mis-use of constitutional authorization for Census taking.
- Violation of Article IV of all four Federal Constitutions - Americans are exempt from Bills of Attainder
- Violation of Amendment V *(1791) – Denial of Due Process*
- Violation of Amendment XI. Americans are not subject to any foreign laws.
- Violation of Federal Law, PL 73-10 and 12 USC 411 - Mutual Offset Credit Exchange Exemption from all Public Debts

**The United States of America** (U.S.A. or USA) commonly known as the United States (U.S. or US) or simply America (as a figure of speech) is a nation-state (country) located in North America. It consists of 50 (corporate) states, a federal district (Washington D.C.), five (5) major unincorporated territories, 326 Indian reservations, and nine (9) minor outlying islands. It is a UN Corp., Member state, with a date of admission of 24 October 1945.

**The constitutional authorization granted by Article 1 Section II of the U.S. Constitution was ONLY intended for decennial Census gathering purposes, which enabled the allocation of the seats of the U.S. House of Representatives and, by extension, the Electoral College. The Census Bureau's legal authority is codified in Title 13 of the United States Code. The authorization was not intended for commercial use, whether public or private.**

The Municipal use of "paper addresses" in order to facilitate the necessary statistical data gathering was likewise never intended for commercial use, whether public or private. In municipal jargon, the term "paper street" usually means a road or an alley which exists only on paper, hence the name, "paper street." Because such "street" appears only on paper, i.e., an old plan of homes, possibly an old deed, or maybe an old township map with dotted lines, "paper streets" aren't really streets at all.

Using these private "paper-addresses" to facilitate communication(s) with the general public is unlawful and both the USPS and the Clerk of the Civil Court of the City of New York are in breach of their fiduciary duty to the general public both personally and commercially.

A municipal corporation is an artificial person, and consists of the general inhabitants called citizens, and these artificial persons (citizens) are created by the legislature. It is a body corporate consisting of the inhabitants of a designated area created by the legislature with or without the consent of such inhabitants for governmental purposes. It has a dual character, the one public and the other private (dual citizenship), and exercises corresponding twofold functions and duties — one class consisting of those acts performed by it in the exercise of delegated sovereign powers for benefit of people generally, as the arm of the state, enforcing general laws made in pursuance of general policy of the state, and the other consisting of acts done in exercise of power of the municipal corporation for its own benefit, or for the benefit of its (private) citizens alone, or citizens of the municipal corporation and its immediate locality. A corporation can be a citizen itself, and that corporation can have its own citizens. A corporation also has it's own officers. **When a corporation is dissolved, then the officers of that corporation no longer exist.**

**AT ISSUE ARE THE FACTS:**

NY Aban Prop L § 1502 (2017) Article 15 - (Abandoned Property) LAWS REPEALED [1500]; CONSTITUTIONALITY [1501]; EFFECTIVE DATE [1502]. This chapter shall take effect June first, nineteen hundred forty-four. **06/01/1944.**

### NY Est Pow & Trusts Law § 3-2.2 (2012)

Pursuant to; NY Est Pow & Trusts Law § 3-2.2 (2012), a holographic will is a will that has been handwritten by the testator and was not attested to by two witnesses, while a nuncupative will is an oral will that was **witnessed**. Due to the unique, perilous circumstances members of the armed forces and mariners may find themselves in, nuncupative and holographic wills will be considered valid and admitted to probate only in the limited circumstance where it was made by a member of the United States armed forces during a time of armed conflict, made by someone accompanying the armed forces during a time of armed conflict, or made by a mariner out at sea (W-2 warrant officer).

Nuncupative and holographic wills become invalid 1 year after the testator ceases serving with the armed forces, or in the case of a mariner at sea, 3 years after the will was made. Thus, it is required that a new nuncupative or holographic will, be created after the officer leaves the armed forces, or are no longer a mariner at sea; e.g., a W-2 Warrant Officer, that is compliant with the law.

*Resoluto jure concedentis, resolvitur jus concessum:*
*by the extinction of the right of the grantor (usufruct), the right granted is extinguished.*

**The Constitution of the United States of America states unequivocally:**

No (natural) person shall ... be deprived of life, liberty, or property, without due process of law ... —*Due Process Clause of the Fifth Amendment (1791).*

TAKE DUE PROCESS NOTICE that, on November 2nd, 1999, the third (3rd) and final bankruptcy of the United States ended, thus, there is no longer any authority, whether legal or otherwise, for any U.S. State and or Federal Reserve District officer or employee to administer any "tax matters", period.

Effective 05/28/2021, I/we are no longer the receivers of process for the INDIVIDUALS / OCCUPANTS, SHARON NICHOLS f/k/a SHARON DENISE COOPER and TYRONE NICHOLS. They were repatriated, and Administrative Notices were given to the Federal Reserve District of New York State Regional Office Department of Treasury Internal Revenue Service Kansas City MO 64999-0023, and the Master Files were procedurally updated. Copy of IRS Form 8822 and certified mailing receipts enclosed.

**Repatriation** is the process of returning an asset, an item of symbolic value or a person – voluntarily or forcibly – to its owner or their place of origin or citizenship. The term may refer to non-human entities, such as converting a foreign currency into the currency of one's own country, as well as, to the process of returning military personnel to their place of origin following a war. It also applies to diplomatic envoys, international officials as well as expatriates and migrants in time of international crisis, such as the current United States "National Emergency". Copy of IRS Form 8822 and certified mailing receipt enclosed.

An "individual" is defined as an artificial "federally-chartered entity", meaning a federal (but not state) chartered corporation or partnership or trust. Such an entity is a citizen of **the** United States

because it has a physical presence in the District of Columbia to be subject to the exclusive legislative or territorial jurisdiction of the United States under Article 1, Section 8, Clause 17 of the U.S. Constitution.

I/we have no personal contractual obligation(s) with County of KINGS; THE CITY OF NEW YORK; the City of New York, et alia; the Federal Reserve District of New York, nor the U.S. State(s) of New York, and the use of the **"paper address"** referencing the Estate of James Bogues, is unconstitutional, as its use is restricted for use only pertaining to statistical gathering for Census-Designated purposes, pursuant to Article One, section II; of the United States Constitution.

Thus, effective immediately; any presumed easements onto or above (air rights) our private physical (real) property, by prescription, by necessity, or otherwise are hereby terminated. Any future unlawful trespass by the United States Postal Service (USPS) employees to mis-direct / mis-deliver mail that is clearly intended for use in the Federal Reserve's District of New York and or borough of Brooklyn, will be deemed a criminal trespass. According to the public record, Brooklyn is defined as a borough of New York City, that is **coextensive** with Kings County **(but is NOT Kings County, New York State)**, in the U.S. state of New York United States.

### A Civil Cause of Action

There is no accusation in civil court. A charge in civil law means **"a Bill"**, nothing else. Where is the itemization of the "Charge." One must be presented with a bill in a civil case for any charge that is made and in a criminal action a receipt is presented. Under English law the receipt is called **"a docket"** or **"an indexed"** claim. It is presented at the onset of the collection process when one is summoned and expected to come forth and pay the bill or honor the receipt. All are presumed to be competent enough to treat a bill as a bill and a receipt as a receipt and to honor them fully or conditionally [as the case may be] with the bottom line being to balance or reconcile the ledger. A civil cause of action is all about accounting. Not law.

### Procedure to begin a "Special Proceeding" *a/k/a* Summary Judgment Proceedings

To commence a special proceeding you need to file the following with the County Clerk's Office:

(i)     Notice of Petition or Order to Show Cause;
(ii)    Verified Petition;
(iii)   Application for Index Number form; and
(iv)    Request for Judicial Intervention (RJI) form.

A Notice of Petition is directed/sent to the Respondent and advises where and when the Petition is to be submitted to a Supreme Court Justice before a United States Judicial Tribunal and identifies all papers upon which the special proceeding is based. **A full accounting of the "True Bill" is required and is herein being demanded.**

### Order to Show Cause

An Order to Show Cause also serves to give notice to all parties, but the form of the document is different. Unlike a Notice of Petition, it is presented to a Justice and signed by him or her before it is served on the other parties in the case.

## Article VI of the New York Constitution

The housing part and its housing judges were created on April 1, 1973. In *Glass v Thompson* the Appellate Division held the appointment of "hearing officers" to preside over non-jury trials in the housing part was constitutional, suggesting that although they were able to preside over housing matters and exercise judicial functions, their office was distinct from that of a judge of the Civil Court because they are essentially referees: nonjudicial officers of the court appointed to assist it in the performance of its judicial functions. **In other words, they lack the judicial authority to deprive anyone of their property.**

In 1978 the hearing officers were renamed as "housing judges" with the intent to improve their stature, though they "are still nonjudicial officers of the court". Referees known as **"housing judges"** preside over most proceedings. Housing Court judges handle the housing parts of the New York City Civil Court system, but are not judges provided for under Article VI of the New York Constitution. They are appointed by the Chief Administrative Judge, Janet DiFiore, to five-year terms from a list of qualified applicants screened and selected by the Housing Court Advisory Council.

## Dispositive Motion a/k/a Summary Judgment via Probate Court

A summary judgment is legalized theft. It is a pre-trial disposition and a denial of due process. The requirement for judicial due process is secured by the Fourth, Fifth, Sixth and Seventh Amendments to the Constitution of the United States. The constitutional right to be heard, that is, to be provided with procedural due process is a basic aspect of the duty of government which must follow a fair process of decision making when it acts to deprive a person of his or her possessions.

### A Speedy Trial *a/k/a* Disposition of Real Property (DRP) *a/k/a* Probate Proceeding

A special proceeding is a SPEEDY, streamlined procedure, akin to motion practice, the purpose of which is to obtain a judgment as a FINAL RESOLUTION of a dispute, e.g., Probate of a will; election disputes; **summary proceedings by a landlord for eviction**; dissolution of a corporation; habeas corpus; enforcement of an arbitration agreement; CPLR article 78 Proceedings. Pursuit of a remedy by means of a SPECIAL PROCEEDING requires specific statutory authorization. The dispute is decided in the same manner as a "Summary Judgment"; which is a violation of the due process clause of the U.S. Constitution.

### The City of New York's - CPLR article 78 Summary Proceedings

### Proceedings in Special Admiralty (*in rem*)Tribunals

United States "specialized" District Courts were established under Title 28 U.S.C. Part 1, Chapter 5, Sections 81131, and only have authority to handle Civil matters pursuant to Title 28 U.S.C. Part IV, Chapter 85, Sections 130-169. The referenced sections provide a list of administrative duties.

All cases tried in these quasi-military tribunals are void for lack of jurisdiction and lack of Due Process, and for simulating legal processes, which is clearly criminal activity, i.e., constructive fraud and whenever it involves fines or charges for incarceration fees charged to the Public Purse, it is organized crime and racketeering.

This administrative co-mingling of jurisdictions with **the United States** legal systems, i.e., federal court-martials verses state courts-martials, necessitates that the official record clearly identify the jurisdiction (*legal authority*) under which any administrative procedure is taking place, particularly when addressing

an American citizen, and essentially due to the fact that the Federal Rules of Civil Procedure, "FRCP"; **only pertains to government officials, its officers and employees** and to judgment against certain public officers, satisfaction of, see Rule 69, Title 28, Appendix, Judiciary and Judicial Procedure.

In general, it is essential to identify parties to court actions properly. If the alleged parties to an action are not precisely identified, then who is involved with whom or what, and how? If not properly identified, as is the case with the use of *idem sonnans*, all corresponding judgments are void (unenforceable), as outlined in Volume 46.

> It is well understood that "Anyone entering into an arrangement with the government takes the risk of having to accurately ascertain that he who purports to act for the government stays within the bounds of his authority, even though the agent himself may be unaware of the limitations upon his authority." [Federal Crop Insurance v. Merrill, 332 U.S. 380 (1947)].

<p align="center">Alia Razzaq</p>

<p align="center">City of New York, County of KINGS</p>

The "Notice of Holdover Petition" claim; Index No. L&T 300303-22, authorized by Alia Razzaq; Doing Business As: Clerk of the Civil Court of the City of New York, at 141 Livingston Street (borough) of Brooklyn, in the Federal Reserve District of New York 11201; Room/Part 201/Intake 2, that was delivered to my home by the USPS, states in part:

> "Your landlord is suing you for eviction. Your landlord has started a holdover eviction case against you. **That means the landlord says you should be evicted for a reason other than not paying your rent**. The landlord's reasons are given in the attached petition."

The RESIDENTIAL Holdover Petition further states:

> Your landlord is asking this Court for: permission to evict you from your home at: Single Family House in the premises known as and located at 246 Saratoga Avenue, (borough) Brooklyn, (Federal Reserve District of) New York 11233, County of Kings, City and State of New York, all rooms within said premises. And a money judgment for outstanding arrears, plus interest and use and occupancy from January 1, 2022.

The bottom line is, we do not have any contractual obligations with JANICE BOGUES, AS EXECUTRIX OF THE ESTATE OF JAMES BOGUES; JAMES BOGUES, et alia; the Federal Reserve District of New York, THE CITY OF NEW YORK; the City of New York and or NYC, nor any of its officers, employees and or private membership.

**No "Letters Testamentary" were ever presented into the court records proving the Executrix status of Janice Bogues, nor are any "Letters Testamentary" on file with the Surrogate Court of the City of New York.**

A quasi-contract or implied-in-law contract or constructive contract is a legal fiction contract that is recognized in some foreign forums. The concept can be traced to Roman law and is still used in some 'special legal systems', such as within the Federal Reserve Banking District of New York United States.

> Pursuant to United States Annotated Statue; "Lewis v. United States 680"; Federal Reserve Bank ("the Fed.") is privately owned: "...we conclude that the Reserve Banks are not federal instrumentalities for purposes of the FTCA (Federal Tort Claims Act), but are independent,

privately owned and locally controlled corporations." Lewis v United States, 680 F.2d 1239 (9th Cir. 1982). **In other words, the Fed., enjoys no immunity from lawsuit because it is a Federal institution in name only**.

Additionally, I/we have no contractual agreement(s) with or obligations to any "UN member state" and or "non-state" (private) actors and I/we do not consent to be governed by any foreign Bill of Rights.

### Enforcement of Foreign Judgments

Foreign judgments may be recognized based on bilateral or multilateral treaties or understandings, or unilaterally without an express international agreement. The foreign judgment, such as is being presented by Robert N. Mizrahi, Esquire ("Mr. Mizrahi"), in his capacity as Attorney for Landlord; Doing Business As: Mizrahi Law Offices LLC, located at 160 Broadway, Suite 719, in the Federal Reserve District of New York, within the judicial district of NY 10038, to the individuals SHARON COOPER AKA SHARON COOPER NICHOLS AND TYRONE NICHOLS AKA TYRONE NICHOLS SR., AT 246 SARATOGA AVENUE SINGLE FAMILY HOUSE BROOKLYN, NY 11233, IN THE CITY OF NEW YORK, in his Petition for recognition of his foreign judgment pursuant to RPAPL, SECTION 711(1), NYRPL 226-c and 232, and other applicable law; is **unenforceable** within Kings County, New York State.

Mr. Mizrahi is basing his allegations for filing this foreign "Holdover Petition" on an alleged; oral month to month rental agreement to pay the taxes, water amenities electricity, cable, internet, in exchange for residing at the subject premises by and between Janice Bogues, as Executrix of the Estate of James Bogues.

Further, according to Mr. Mizrahi:

> "The reason I make this affirmation on behalf of my client is that the Petitioner's principal office or premises is outside the county in which I maintain my office." Dated: New York, New York; January 3, 2022.

In other words, Mr. Mizrahi is asking "the Court" to recognize and enforce a foreign judgement pertaining to an Estate that has no public record of being probated; for a client he was obliged to sign for because said client is allegedly outside the county in which he maintains his office, i.e., New York. However, according to the public record(s) the entirety of the State of New York is coextensive with New York County where Mr. Mizrahi's office is physically located. Additionally, according to the court records, the **Petitioner's Business Address is**: 874 New Street Uniondale, New York 11553, which is within the jurisdiction of the State of New York; The City of New York; THE CITY OF NEW YORK and or the Federal Reserve District of New York.

The "recognition" of a foreign judgment occurs when the court of one country or jurisdiction accepts a judicial decision made by the courts of another "foreign" country or jurisdiction and issues a judgment in substantially identical terms without rehearing the substance of the original lawsuit.

In United States legal terminology, a "foreign" judgment means a judgment from another state in the United States or from a foreign country. To differentiate between the two, more precise terminology used is "foreign-country judgment" (for judgments from another country) and "foreign sister-state judgment" (from a different state within the United States).

In English law, there is a clear distinction between Recognition of foreign judgments, and enforcement of foreign judgments. Recognition means treating the claim as having been determined in favor of one of the

litigating parties. This is an acknowledgment of foreign competence and of the settling of a dispute, known as *res judicata*. Enforcement, by contrast, is the implementation of the judgment, e.g., via courts-marshal-law-enforcement.

Once a foreign judgment is recognized, the party who was successful in the original case can then seek its "enforcement" in the recognizing country (sister-state). If the foreign judgment is a money judgment and the debtor has assets in the recognizing jurisdiction, the judgment creditor has access to all the enforcement remedies as if the case had originated in the recognizing country, e.g., garnishment, **judicial sale**, etc.. If some other form of judgment was obtained, e.g., affecting status, granting injunctive relief, etc., the recognizing court will make whatever orders are appropriate to make the **original judgment** effective.

Foreign judgments may be recognized either unilaterally or based on principles of comity, i.e., mutual deference between courts in different countries.

**In English courts, the bases of the enforcement of foreign judgments are not comity, but the doctrine of obligation.** Between two different States in the United States, enforcement is generally required under the "Full Faith and Credit Clause", that is, Article IV, Section 1 of the U.S. Constitution, which compels a State to give another State's Judgment an effect as if it were local. This usually requires some sort of an abbreviated application on **notice**, **indexing**, or **docketing**.

The Court in the United States, in most cases, will unilaterally enforce the foreign judgment, without proof of diplomatic reciprocity, either under judge-made law termed precedent, or under specific statutes, such as The City of New York's; CPLR article 78 Summary Proceedings.

<center>A Motion in Lieu of Complaint</center>

New York State and Connecticut are two of a small minority of U.S. jurisdictions that does not simply allow a judgment creditor to file a foreign judgment from a sister state if the judgment was obtained by default, that is, the other side never showed up for to contest its entry in the other state by, for example, defending himself at trial, or the judgment was obtained by confession; meaning the other side signed paperwork allowing a judgment to be entered against him, such as via an adhesion contract or cognovit clause agreement.

Instead, a party wishing to domesticate the foreign default judgment or foreign judgment obtained by confession (COJ) must bring another action in New York State "on the judgment" where the relief sought is to have the foreign judgment domesticated or "recognized" in New York State. Moreover, a quicker "motion-action" procedure is available in New York where the owner of the foreign default judgment/judgment by confession files a summons and notice of motion for summary judgment in lieu of complaint. When seeking to enforce a judgment in or from a state that has not adopted the Uniform Act, the holder of the judgment files a suit known as a "domestication" action, *a/k/a*, a **"Petition"**.

Since the full faith and credit clause of the U.S. constitution requires that states honor the judgments of other states, the domestication of a judgment from another state is generally a formality, even in the absence of the expedited procedure under the UEFJA. **However, the state must have usufruct authority**.

<center>

## TRIABLE ISSUES OF FACT

*In many cases, a decision on a dispositive motion is a prerequisite for appellate review.*
*See, e.g., Wash. Rules of Appellate Procedure 2.2.*
</center>

Regardless, whether the dispositive motion is for summary judgment or adjudication, the motion must be supported by declarations under oath, excerpts from depositions which are also under oath, admissions of fact by the opposing party and other discovery such as interrogatories, as well as a legal argument (points and authorities). The other party may respond with counter-declarations, discovery responses, and legal arguments attempting to show that these issues were "triable issues of fact." **If there is any question as to whether there is conflict on the facts on an issue, the summary judgment or adjudication must be denied regarding that matter.**

<center>Notice of Intent to Subpoena the Alia Razzaq</center>

If this goes to trial we will subpoena Alia Razzaq, in both his/her personal and commercial capacities. Receipts are important and the Clerk of the Court must keep track of where the assets are located.

The Clerk of the U.S. DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK, as holder of the receivable side for the corporation and the assigned Judge, as holder of the payable side for the corporation is herein being requested to set-off the account before him / her that is associated with the associated social security / tax identification number(s) on the enclosed IRS Form 8822 documents.

Due to the potential impact for violation of our privacy and criminal trespass of our real and personal property, tradename and copyright; this COMPLAINT is also being sent to the General Counsel for United States Postal Service, not as a party thereof, but as receiver of process for the U.S. Postmaster General, who holds overall command responsibility for the day-to-day operations of the USPS, and who is legally obligated to serve all Americans, regardless of geography, at uniform price and quality. He is ultimately responsible to address the egregious legal abuse and mis-use of the constitutional authorization granted to the U.S. Post Office pursuant to Article 1 Section II of the U.S. Constitution, by private individuals for commercial purposes, and the resultant harm being caused to the American people.

<center>**Waiver of Immunity**</center>

"...where any US state proceeds against a private individual in a judicial forum it is well settled that the state, county, municipality, etc. waives any immunity to counters, cross claims and complaints, by direct or collateral means regarding the matters involved." *Luckenback v. The Thekla*, 295 F 1020, 226 U.S. 328; *Lyders v. Lund*, 32 F2d 308; *Dexter v. Kunglig J.*, 43 F2d 705, 282 US 896; *U.S. v. N.C.B.N.Y.*, 83 F2d 236, 106 ALR 1235, affirmed; *Russia v. BTC*, 4 F Supp 417, 299 U.S. 563.

This doctrine includes, but is not limited to, challenges to personal, subject matter and territorial jurisdiction, as well as to claims that the forum is not judicial (*forum non-conveniens*) in nature but merely administrative or that the court is proceeding, improperly, against a private individual under the rebuttable presumption that the private individual is a corporate entity or an artificial person upon which the Public Statutes operate. Furthermore, it is undisputed that the state itself is acting in its capacity as a commercial entity and is liable for damages.

"The state may nevertheless be held liable where the injurious activity was 'proprietary' rather than 'governmental', i.e., where the injury was caused by the state acting in its capacity as a commercial entity rather than that of sovereign."

## DEMAND FOR RELIEF

NO ONE CAN PROFIT FROM A CRIME.

WHEREFORE, plaintiffs/Appellants demand: The remedy provided pursuant to Federal Law, PL 73-10 (12 USC 411): Mutual Offset Credit Exchange Exemption, be honored, along with recognition of our **Exemption** from all " state and federal taxes", as well as, all state and federal citizenship obligations including all mortgages, and all Territorial and Municipal Codes and Statutes.

**To have this case proceed in the normal course, that is, other than as a foreign main proceeding.**

I/we, : Sharon: Nichols©, and Tyrone: Nichols©, are New Yorkers and Americans without Disability. *Explicitly reserving all rights without prejudice.*

**"**This is our free-will choice and we herein invoke **Lex Justice"**

***Lex semper dabit remedium***: "*The law always gives a remedy*"

Date: 6 / 3 / 2022

By: _Sha. Nich_

: Sharon: Nichols©; sui juris

By: _[signature]_

: Tyrone: Nichols©; sui juris

Enclosure:

United States Department of State Touhy Regulations

OBJECTION TO DISPOSITIVE MOTION "termed" RESIDENTIAL Holdover Petition and ATTEMPTED TITLE FRAUD

Copy Court Acts of New York



**United States Department of State**

*Washington, D.C.   20520*

## NOTICE

By virtue of the Supremacy Clause of the U.S. Constitution, art. VI, cl. 2, and sovereign immunity, a state or local court does not have authority to subpoena a federal agency and/or its employee(s) for official information in a proceeding to which the United States is not a party. Rather, the proper method for a party in a state court action to seek official information from a non-party federal agency and/or one of its employees is to request the information under the agency's "Touhy" regulations. See *United States ex rel. Touhy v. Ragen*, 340 U.S. 46 (1951). You may find the regulations of the U.S. Department of State at 22 C.F.R. Part 172.

We refer you to the procedures set forth in regulations at 22 C.F.R. Part 172.  Please review them carefully.

Form **8822**
(Rev. February 2021)
Department of the Treasury
Internal Revenue Service

# Change of Address
### (For Individual, Gift, Estate, or Generation-Skipping Transfer Tax Returns)
▶ Please type or print. ▶ See instructions on back. ▶ Do not attach this form to your return.
▶ Information about Form 8822 is available at *www.irs.gov/form8822*.

OMB No. 1545-1163

**Part I    Complete This Part To Change Your Home Mailing Address**

Check **all** boxes this change affects:

1 ☑ Individual income tax returns (Forms 1040, 1040-SR, 1040-NR, etc.)
▶ If your last return was a joint return and you are now establishing a residence separate from the spouse with whom you filed that return, check here . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐

2 ☑ Gift, estate, or generation-skipping transfer tax returns (Forms 706, 709, etc.)
▶ For Forms 706 and 706-NA, enter the decedent's name and social security number below.

▶ Decedent's name  SHARON DENISE COOPER; ET ALIA        ▶ Social security number        131 72 6978

| | | |
|---|---|---|
| **3a** Your name (first name, initial, and last name) | **3b** | Your social security number |
| **4a** Spouse's name (first name, initial, and last name) | **4b** | Spouse's social security number |

**5a** Your prior name(s). See instructions.

**5b** Spouse's prior name(s). See instructions.

**6a** Your old address (no., street, apt. no., city or town, state, and ZIP code). If a P.O. box, see instructions. If foreign address, also complete spaces below, see instructions.

| Foreign country name | Foreign province/county | Foreign postal code |
|---|---|---|
| | | |

**6b** Spouse's old address, if different from line 6a (no., street, apt. no., city or town, state, and ZIP code). If a P.O. box, see instructions. If foreign address, also complete spaces below, see instructions.

| Foreign country name | Foreign province/county | Foreign postal code |
|---|---|---|
| | | |

**7** New address (no., street, apt. no., city or town, state, and ZIP code). If a P.O. box, see instructions. If foreign address, also complete spaces below, see instructions.
"In Care of"    U.S. Department of the Treasury 1500 Pennsylvania Avenue NW Washington, D.C., U.S., 20220

| Foreign country name | Foreign province/county | Foreign postal code |
|---|---|---|
| | | |

**Part II    Signature**

Daytime telephone number of person to contact (optional) ▶

**Sign Here**

| | | | |
|---|---|---|---|
| Your signature | Date | *Ah. D. Cy*    5/24/2021 | |
| | | Signature of representative, executor, administrator/if applicable    Date | |
| | | by: Authorized Signatory: All Rights Reserved | |
| If joint return, spouse's signature | Date | Title | |

For Privacy Act and Paperwork Reduction Act Notice, see back of form.        Cat. No. 12081V        Form **8822** (Rev. 2-2021)

REPATRIATED

Form **8822**
(Rev. February 2021)
Department of the Treasury
Internal Revenue Service

# Change of Address

### (For Individual, Gift, Estate, or Generation-Skipping Transfer Tax Returns)

▶ Please type or print. ▶ See instructions on back. ▶ Do not attach this form to your return.
▶ Information about Form 8822 is available at *www.irs.gov/form8822*.

OMB No. 1545-1163

**Part I**    **Complete This Part To Change Your Home Mailing Address**

Check **all** boxes this change affects:

1 ☑ Individual income tax returns (Forms 1040, 1040-SR, 1040-NR, etc.)
   ▶ If your last return was a joint return and you are now establishing a residence separate from the spouse with whom you filed that return, check here . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐

2 ☑ Gift, estate, or generation-skipping transfer tax returns (Forms 706, 709, etc.)
   ▶ For Forms 706 and 706-NA, enter the decedent's name and social security number below.

▶ Decedent's name  TYRONE NICHOLS; ET ALIA          ▶ Social security number    099 54 0521

| | |
|---|---|
| **3a**  Your name (first name, initial, and last name) | **3b**  Your social security number |
| **4a**  Spouse's name (first name, initial, and last name) | **4b**  Spouse's social security number |

**5a**  Your prior name(s). See instructions.

**5b**  Spouse's prior name(s). See instructions.

**6a**  Your old address (no., street, apt. no., city or town, state, and ZIP code). If a P.O. box, see instructions. If foreign address, also complete spaces below, see instructions.

| Foreign country name | Foreign province/county | Foreign postal code |
|---|---|---|
| | | |

**6b**  Spouse's old address, if different from line 6a (no., street, apt. no., city or town, state, and ZIP code). If a P.O. box, see instructions. If foreign address, also complete spaces below, see instructions.

| Foreign country name | Foreign province/county | Foreign postal code |
|---|---|---|
| | | |

**7**  New address (no., street, apt. no., city or town, state, and ZIP code). If a P.O. box, see instructions. If foreign address, also complete spaces below, see instructions.

"In Care of"   U.S. Department of the Treasury 1500 Pennsylvania Avenue NW Washington, D.C., U.S., 20220

| Foreign country name | Foreign province/county | Foreign postal code |
|---|---|---|
| | | |

**Part II**    **Signature**

Daytime telephone number of person to contact (optional) ▶

| Sign Here | Your signature | Date | Signature of representative, executor, administrator/if applicable  Date  5/24/2021 |
|---|---|---|---|
| | | | by: Authorized Signatory; All Rights Reserved |
| | If joint return, spouse's signature | Date | Title |

For Privacy Act and Paperwork Reduction Act Notice, see back of form.          Cat. No. 12081V          Form **8822** (Rev. 2-2021)

14

**UNITED STATES POSTAL SERVICE.**

SHIRLEY A CHISHOLM
1915 FULTON ST
BROOKLYN, NY 11233-9997
(800)275-8777

05/24/2021                                03:15 PM

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| First-Class Mail® Letter | 1 | | $0.55 |

  Binghamton, NY 13902
  Weight: 0 lb 0.30 oz
  Estimated Delivery Date
  Thu 05/27/2021

First-Class Mail®     1                        $0.75
Letter
  Kansas City, MO 64999
  Weight: 0 lb 1.50 oz
  Estimated Delivery Date
  Fri 05/28/2021
Certified Mail®                                $3.60
  Tracking #:
    70201290000059290491
Return Receipt                                 $2.85
  Tracking #:
    9590 9402 4869 9032 4280 36
Total                                          $7.20

First-Class Mail®     1                        $0.75
Letter
  Kansas City, MO 64999
  Weight: 0 lb 1.30 oz
  Estimated Delivery Date
  Fri 05/28/2021
Certified Mail®                                $3.60
  Tracking #:
    70201290000059290484
Return Receipt                                 $2.85
  Tracking #:
    9590 9402 4869 9032 4280 29
Total                                          $7.20

Grand Total:                                  $14.95

Credit Card Remitted                          $14.95
  Card Name: AMEX
  Account #: XXXXXXXXXX2010
  Approval #: 824905
  Transaction #: 259
  AID: A000000025010801
  AL: AMERICAN EXPRESS          Chip
  PIN: Not Required

******************************************
USPS is experiencing unprecedented volume
  increases and limited employee
  availability due to the impacts of
COVID-19. We appreciate your patience.
******************************************

Text your tracking number to 28777 (2USPS)
to get the latest status. Standard Message
and Data rates may apply. You may also
visit www.usps.com USPS Tracking or call
1-800-222-1811.

Preview your Mail
Track your Packages
Sign up for FREE @
https://informeddelivery.usps.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.

Tell us about your experience.
Go to: https://postalexperience.com/Pos
or scan this code with your mobile device.

or call 1-800-410-7420.

UFN: 050988-0347
Receipt #
Clerk: 13          840-51100084-1-4700062-2

---

**Certificate of Mailing**

*…w, jurisdiction pertains to a delegated authority. Not to a geographical land mass.*

…o, herein declare that on ___05__/__24__/2021, I mailed a true and correct copy of
…sive care and custody of the U.S.P.O. to the above annotated entities and the
…e addresses indicated below:

**Office of the Ombudsman**
Federal Reserve Board
20ᵗʰ & C Streets, NW, Mail Stop 28
Washington, D.C. 20551
…ie Shanks, Deputy Secretary of the Federal Reserve Board of Governors

---

**JAG - U.S. Army**
(*Command responsibility*)
c/o 9999 Joint Staff
Pentagon
Washington, DC 20318-9999

---

**Christopher C. Miller - Acting Secretary of Defense**
(*Department of the Army Field Manual. FM 41-10 (1969 ed.)*)
1000 Defense, Pentagon
Washington, DC 20301-1000

---

**The Honorable Louis DeJoy**
(*Fiduciary for Priority Creditors*)
Postmaster General, United States Postal Se…
475 L'Enfant Plaza SW,
Washington DC 20260-0010

---

**New York State Regional Office**

Department of the Treasury
Internal Revenue Service
Kansas City, MO 64999-0023

*Note: A (wo)man who is a UK citizen is addressed as "Esq / Esquire",
and a man of foreign nationality is addressed as "Mr" or woman "Ms"; "Mrs" or "Miss".*

Page **1** of 2

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Kansas City, MO 64999

Certified Mail Fee  $3.60                              0347
$                                                       13
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $
☐ Return Receipt (electronic)      $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00      Postmark
☐ Adult Signature Required         $ $0.00         Here
☐ Adult Signature Restricted Delivery $ $0.00
Postage  $0.75                                    05/24/2021
$
Total Postage and Fees
$  $7.20

Sent To  New York State Regional Off…
Street and Apt No., or PO Box No.
City, State, ZIP+4®
Kansas City, MO 64999-0023

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for I…

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Kansas City, MO 64999

Certified Mail Fee  $3.60                              0347
$                                                       13
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $ $0.00
☐ Return Receipt (electronic)      $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00      Postmark
☐ Adult Signature Required         $ $0.00         Here
☐ Adult Signature Restricted Delivery $ $0.00
Postage  $0.75                                    05/24/2021
$
Total Postage and Fees
$  $7.20

Sent To  New York State Regional Office
Street and Apt No., or PO Box No.
City, State, ZIP+4®







UNITED STATES
POSTAL SERVICE.

SHIRLEY A CHISHOLM
1915 FULTON ST
BROOKLYN, NY 11233-9997
(800) 275-8777

05/24/2021                            03:15 PM

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| First-Class Mail® Letter | 1 | | $0.55 |
| Binghamton, NY 13902 Weight: 0 lb 0.30 oz Estimated Delivery Date Thu 05/27/2021 | | | |
| First-Class Mail® Letter | 1 | | $0.75 |
| Kansas City, MO 64999 Weight: 0 lb 1.50 oz Estimated Delivery Date Fri 05/28/2021 | | | |
| Certified Mail® Tracking #: 70201290000059290491 | | | $3.60 |
| Return Receipt Tracking #: 9590 9402 4869 9032 4280 36 | | | $2.85 |
| Total | | | $7.20 |
| First-Class Mail® Letter | 1 | | $0.75 |
| Kansas City, MO 64999 Weight: 0 lb 1.30 oz Estimated Delivery Date Fri 05/28/2021 | | | |
| Certified Mail® Tracking #: 70201290000059290484 | | | $3.60 |
| Return Receipt Tracking #: 9590 9402 4869 9032 4280 29 | | | $2.85 |
| Total | | | $7.20 |

Grand Total:                          $14.95

Credit Card Remitted                  $14.95
    Card Name: AMEX
    Account #: XXXXXXXXXXX2010
    Approval #: 824905
    Transaction #: 224
    AID: A000000025010801        Chip
    AL: AMERICAN EXPRESS
    PIN: Not Required

# Court Acts of New York

### Note: New York City is <u>NOT</u> City of New York

### Pursuant to Articles 16 & 19

<div style="border:1px solid black; display:inline-block;">**ATTACHMENT**</div>

**NOTE:** THE CITY OF NEW YORK IS THE UNITED NATIONS

## CCA – CIVIL COURT ACT

### New York City Civil Court

CHAPTER 693

New York City Civil Court

**AN ACT to <u>establish a civil court for the city of New York</u> to implement Article six of the constitution of the (UN member) state of New York, approved by the people on the seventh day of November, nineteen hundred sixty-one (11/07/1961).**

Became a law April 24, 1962, with the approval of the Governor.

Passed, by a majority vote, three-fifths being present

The People of the State of New York, represented in Senate and Assembly, do enact as follows:

### CRC: New York City Criminal Court

CHAPTER 697

New York City Criminal Court

**AN ACT in relation to establishing the criminal court of the city of New York and <u>abolishing the court of special sessions of the city of New York and the city magistrates' courts of the city of New York</u>.**

Became a law April 24, 1962, with the approval of the Governor.

Passed, by a majority vote, three-fifths being present

The People of the State of New York, represented in Senate and Assembly, do enact as follows:

### SCP: Surrogate's Court Procedure

## CHAPTER 953

**AN ACT in relation to surrogate's court practice and procedure governing, generally, the procedure in the surrogates' courts of the (UN) state of New York and before the judges thereof, constituting chapter fifty-nine-a (59a) of the consolidated laws.**

Became a law August 2, l966, with the approval of the Governor.

Passed by a majority vote, three-fifths being present

The People of the State of New York, represented in Senate and Assembly, do enact as follows:

CHAPTER 59-A

Surrogate's Court Procedure

**ARTICLE 16 - Foreign Estates**

**ARTICLE 19 - Disposition of Real Property**

## UCT: Uniform City Court

**CHAPTER 497**

Uniform City Court

**AN ACT to provide a uniform jurisdiction, practice and procedure for courts in and for cities other than the city of New York and to implement the integration of such courts into the unified court system for the (UN member) state as contemplated by section one and subdivision b of section seventeen of article six of the constitution of the (UN member) state of New York, approved by the people on the seventh day of November, nineteen hundred sixty-one** (11/07/1961)

Became a law April 10, 1964, with the approval of the Governor.

Passed, by a majority vote, three-fifths being present

The People of the State of New York, represented in Senate and Assembly, do enact as follows:

**UNIFORM CITY COURT ACT**
Article 1. Organization.
2. Jurisdiction.
4. Summons.
7. Mandates.
8. Provisional remedies.
9. Pleadings.
10. Motions.
11. Disclosure.
12. Subpoenas.
13. Trial.
14. Judgment.
15. Execution.
17. Appeals.
18. Small claims.
18-A. Commercial claims.
19. Costs and fees.
20. Criminal jurisdiction and procedure.

21. General.
22. Transition.
23. Application.

## UDC: Uniform District Court

**CHAPTER 565**

Uniform District Court

**AN ACT to provide a uniform jurisdiction, practice and procedure for district courts in the (UN member) state of New York and to implement the integration of the district courts into the unified court system for the (UN member) state as contemplated by sections one and sixteen of article six of the constitution of the (UN member) state of New York, approved by the people on the seventh day of November, nineteen hundred sixty-one** (11/07/1961)

Became a law April 23, 1963, with the approval of the Governor.

Passed, by a majority vote, three-fifths being present

The People of the State of New York, represented in Senate and Assembly, do enact as follows:

**UNIFORM DISTRICT COURT ACT**
Article 1. Organization.
2. Jurisdiction.
3. Venue.
4. Summons.
7. Mandates.
8. Provisional remedies.
9. Pleadings.
10. Motions.
11. Disclosure.
12. Subpoenas.
13. Trial.
14. Judgment.
15. Execution.
17. Appeals.
18. Small claims.
18-A. Commercial claims.
19. Costs and fees.
20. Criminal jurisdiction and procedure.
21. General.
23. Application.

XXIV. District court: organization.

XXV. Civil and criminal jurisdiction and procedure.

XXVI. General provisions.

c9

# UJC: Uniform Justice Court

**CHAPTER 898**

Uniform Justice Court

**AN ACT to provide a uniform jurisdiction, practice and procedure for town and village courts in the (UN member) state of New York and to implement the integration of the town and village courts into the unified court system for the (UN member) state as contemplated by sections one and seventeen of article six of the constitution of the (UN member) state of New York, approved by the people on the seventh day of November, nineteen hundred sixty-one (11/07/1961).**

Became a law August 1, 1966, with the approval of the Governor.

Passed by a majority vote, three-fifths being present.

The People of the State of New York, represented in Senate and Assembly, do enact as follows:

**UNIFORM JUSTICE COURT ACT**
Article 1. Organization.
2. Jurisdiction.
4. Summons.
5. Appearance by corporations.
7. Mandates.
8. Provisional remedies.
9. Pleadings.
10. Motions.
11. Disclosure.
12. Subpoenas.
13. Trial.
14. Judgment.
15. Execution.
17. Appeals.
18. Small claims.
19. Costs and fees.
20. Criminal jurisdiction and procedure.
21. General.
22. Transition.
23. Application.

YSCEF DOC. NO. 3                                                    RECEIVED NYSCEF: 01/24/202

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF KINGS
-------------------------------------------------------------------------X

JANICE BOGUES, AS EXECUTRIX OF THE ESTATE OF
JAMES BOGUES,                                              Index No. L&T 300103-22
                    Petitioner (Landlord),
        -against-                                          **Notice of Holdover**
                                                          **Petition**

SHARON COOPER AKA SHARON COOPER NICHOLS &
TYRONE NICHOLS AKA TYRONE NICHOLS SR.,
                                                          RESIDENTIAL
                    Respondent (Tenant),
                    Address:                              Petitioner's Business Address:
                    246 Saratoga Avenue, Single Family House   874 New Street
                    Brooklyn, New York 11233              Uniondale, New York 11553

"JOHN DOE" and/or "JANE DOE"
                    Respondent(s)-Undertenant(s).
                    Address:
                    246 Saratoga Avenue, Single Family House
                    Brooklyn, New York 11233
First and last names of latter two Respondents-Undertenants being
fictitious and unknown to Petitioner, Person(s) intended being in
possession of the premises described.
-------------------------------------------------------------------------X

**Your landlord is suing you for eviction.**
1. Your landlord has started a holdover eviction case against you. That means the landlords says you
   should be evicted for a reason other than not paying your rent. The landlord's reasons are given in the
   attached petition.

2. Your landlord is asking this Court for:
   - permission to evict you from your home at: Single Family House in the premises known as and
     located at 246 Saratoga Avenue, Brooklyn, New York 11233, County of Kings, City and State of
     New York, all rooms within said premises.
   - And a money judgment for outstanding arrears, plus interest and use and occupancy from
     January 1, 2022.
3. You must come to the Civil Court:

   Date:  February 16, 2022            Time:  11:30 AM
   Address:  141 Livingston Street
             Brooklyn, New York 11201
   Room/Part:  201/Intake 2

   ***Warning!*** If you don't come to court at this date and time, a judgment may be entered against you. If
   that happens, the landlord will have the right to evict you. You have a right to postpone the case for 14
   days, but you have to come to court to ask for that.

4. In Court, you may tell the judge the legal reasons that you should be allowed to stay in your home. The
   legal reasons are called defenses. You can also say any claims you have against the landlord. You will
   have to prove your defenses and claims in court. You can also give your Answer in writing.
   Information to help you Answer the Petition is available online at nycourts.gov/housingnyc.

                                                                        ①

-- Chief Clerk, January 24, 2022 03:27 PM  Kings County Civil Court - Landlord and Tenant D:

*Important!* If you don't tell the Clerk about a defense in your Answer you might not be able to talk about it later in this case or any other case.

5. If your name is not on this Notice but you live in the home listed above, you have a right to come to Court on the court date and tell the judge the legal reasons that you should be allowed to stay in the home.

6. **Available Resources:**

   - **Legal Help:** Under New York City law, you may be able to get a free lawyer to represent you in this case. Call 718-557-1379 or go to nycourts.gov/nyc-freelawyer for information about getting free legal help. If you have money to hire a lawyer, you can contact the New York City Bar Legal Referral Service at 212-626-7373

   - **Language Help:** If you don't speak English well or are deaf or hard of hearing, you have a right to a free interpreter. Tell the Court Clerk you need an interpreter or call 646-386-5670. To read a translation of this Notice in another language visit: nycourts.gov/housingnyc. For information on evictions:

   ---

   **646-386-5750:** Informations concernant les expulsions • বেদখলের তথ্য • 驱离租屋相关信息

   迫遷相關資訊 • Информация о выселении • الطرد حالات بشأن تامولعم

   بے نویلخد کی تامولعم • Enfòmasyon Konsènan Degèpisman • información sobre desalojos

   ---

   - **ADA Help:** If you need a special accommodation to use the court because of a disability, call 646-386-5300 or 711 (TTY) or tell a Court Clerk.

   - **Financial Help:** If you owe the rent and don't have the money, contact HRA's Infoline at 718-557-1399 for motion information about getting help to pay the rent.

   - **Help at the Courthouse:** There is Help Center in the courthouse where you can speak to a Court Attorney or a Volunteer Lawyer.

   - **/Online Help:** Visit the Housing Court's website at: nycourts.gov/housingnyc (also available in Spanish and Chinese) or visit LawHelpNY at: lawhelpny.gov.

---

**Postponements and Rent Deposits.** In court, you can ask to postpone your case. You have a right to postpone the case for at least 14 days. If your case is not finished in 60 days or you ask to postpone the case again, the court can order you to deposit money in court or make a rent payment to the landlord. If you don't do this, your case may go to trial right away. RPAPL Sec. 745.

**After Judgment.** If the court orders a judgment against you after a trial, the court may give you time to move. After that time is up, you will get a Notice of Eviction from a Marshal giving you at least 14 days to leave. If you don't leave, you will be evicted by the Marshal. RPAPL Sec. 749(2).

---

City of New York, County of KINGS

Dated: January 3, 2022

Clerk of the Civil Court of the City of New York:   *Alia Razzaq*
                                                      Clerk of the Civil Court of the City of New York

Attorney for Petitioner:      Mizrahi Law Offices, LLC.
                              Attorneys for Landlord
                              160 Broadway, Suite 710
                              New York, NY 10038
                              877-995-2943; 917 595-5371 (fax)
                              **Email**: Intake@99LawHelp.com

YSCEF DOC. NO. 1                                                                    RECEIVED NYSCEF: 01/04/202

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF KINGS
-------------------------------------------------------------------------------X

JANICE BOGUES, AS EXECUTRIX OF THE ESTATE OF
JAMES BOGUES,

                Petitioner (Landlord),

    -against-

SHARON COOPER AKA SHARON COOPER NICHOLS &
TYRONE NICHOLS AKA TYRONE NICHOLS SR.,

                Respondent (Tenant),
                Address:
                246 Saratoga Avenue, Single Family House
                Brooklyn, New York 11233

"JOHN DOE" and/or "JANE DOE"
                Respondent(s)-Undertenant(s).
                Address:
                246 Saratoga Avenue, Single Family House
                Brooklyn, New York 11233
First and last names of latter two Respondents-Undertenants being
fictitious and unknown to Petitioner, Person(s) intended being in
possession of the premises described.
-------------------------------------------------------------------------------X

**Index No. L&T** _____

**Holdover**
**Petition**

**RESIDENTIAL**

Petitioner's Business Address:
874 New Street
Uniondale, New York 11553

The Petition of JANICE BOGUES, AS EXECUTRIX OF THE ESTATE OF JAMES BOGUES,
Petitioner/Landlord shows that:

1. Petitioner is *owner* and landlord of the premises described below (the "premises").
2. Respondent SHARON COOPER AKA SHARON COOPER NICHOLS & TYRONE NICHOLS AKA TYRONE NICHOLS SR., (the "tenant") is currently in possession of the premises by virtue of an oral month to month rental agreement (to pay the taxes, water, amenities, electricity, cable, internet, in exchange for residing at the subject premises), and thereafter the Landlord has terminated tenant's month to month tenancy, thereby ending Respondent's right to occupy the premises and ending Respondent's tenancy, effective December 31, 2021.
3. Respondent SHARON COOPER AKA SHARON COOPER NICHOLS & TYRONE NICHOLS AKA TYRONE NICHOLS SR., pursuant to RPAPL and other applicable law, tenancy at the above referenced premises was hereby terminated effective December 31, 2021, upon the grounds that Respondent was served with a timely Notice of Termination, terminating Respondent's tenancy on said date.
4. Respondents-Undertenants JOHN DOE and JANE DOE are the undertenants of the Respondent.
5. Respondents continue in possession of the premises without permission of the Landlord after the expiration of said date.
6. The premises from which removal is sought were rented for residential purposes and are described as follows:
        246 Saratoga Avenue, Single Family House
        Brooklyn, New York 11233
        All rooms within said premises.
7. Said premises are situated within the territorial jurisdiction of this Court.
8. Respondents were served in the manner provided by law with a Notice of Termination writing, a copy of which is annexed hereto (with proof of service) and made a part of this Petition.
9. The dwelling is not subject to the City Rent and Rehabilitation Law (rent control) or the Rent Stabilization Law of 1969, as amended, because the dwelling contains fewer than six units.

③

10. The building in which the premises is located is not a multiple-dwelling; there are less than three residential units.

11. Petitioner lacks written information or notice of any address where the Respondents reside, are employed, have a place of business in New York, other than the Premises sought to be recovered.

12. No monies for rent and/or "use and occupancy" have been received or accepted from the Respondents, for rent and/or "use and occupancy" applicable to the time period after termination.

13. In addition, the value of Respondents use and occupancy of the Premises after December 31, 2021 is at the rate of at least $2,000.00 per month.

14. Petitioner has and will incur such costs and fees, the total amount of such costs and fees to be determined by the Court at a hearing or trial, but believed to equal or exceed the sum of $2,000.00.

**WHEREFORE,** Petitioner requests a final judgment awarding Petitioner (a) possession of the premises with the issuance of a warrant to remove respondents from possession of the premises, (b) a money judgment against Respondent for outstanding arrears with interest, together with an award of use and occupancy of the premises from January 1, 2022 in an amount to be determined by the Court.

Dated: New York, New York
     January 3, 2022

By: _____
     Robert N. Mizrahi, Esq.
     Mizrahi Law Offices, LLC.
     Attorneys for Petitioner/Landlord
     160 Broadway, Suite 710
     New York, NY 10038
     877-995-2943; 917 595-5371 (fax)
     **Email**: Intake@99LawHelp.com

<u>Verification</u>

     Robert N. Mizrahi, an attorney duly admitted to practice law before the courts of the State of New York, affirms the following to be true under the penalties of perjury:

     I have read the foregoing Petition and Notice of Petition and know the contents thereof to be true to my own knowledge, except as to those matters alleged on information and belief, and as to those matters I believe them to be true. The grounds for my belief are: correspondence, statements, records, and other writings provided by the Petitioner, its agents and/or employees. This verification is made pursuant to the provisions of CPLR 3020(d) and RPAPL §741. The reason I make this affirmation on behalf of my client is that the Petitioner's principal office or places of residence is outside the county in which I maintain my office.

Dated: New York, New York
     January 3, 2022

By: _____
     Robert N. Mizrahi, Esq.

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF KINGS
--------------------------------------------------------------------------------X
JANICE BOGUES, AS EXECUTRIX OF THE ESTATE OF
JAMES BOGUES,                                                    Index No. L&T
                            Petitioner (Landlord),
        -against-                                               **Holdover**
                                                               **Affirmation**

SHARON COOPER AKA SHARON COOPER NICHOLS &
TYRONE NICHOLS AKA TYRONE NICHOLS SR.,
                            Respondent (Tenant),                **RESIDENTIAL**
                            Address:
                            246 Saratoga Avenue, Single Family House
                            Brooklyn, New York 11233
"JOHN DOE" and/or "JANE DOE"
                            Respondent(s)-Undertenant(s).
                            Address:
                            246 Saratoga Avenue, Single Family House
                            Brooklyn, New York 11233
First and last names of latter two Respondents-Undertenants being
fictitious and unknown to Petitioner, Person(s) intended being in
possession of the premises described.
--------------------------------------------------------------------------------X
STATE OF NEW YORK          )
                           ) : SS :
COUNTY OF NEW YORK         )

        I, **ROBERT N. MIZRAHI**, an attorney duly admitted to practice law before the Courts of
the State of New York, affirms the following to be true to under the penalties of perjury pursuant
to CPLR 2106:

1. I am the attorney for the Petitioner.
2. I have caused the Respondent to be served with the required COVID-19 Hardship
   Declaration in English and the Respondent's primary language (if other than English)
   together with the subject Predicate Notice in this matter by Service of Process.
3. The Affidavit of Service of the process server relating to same is annexed hereto, along
   with the documents which were served upon Respondent.
4. This proceeding is permitted to go forward pursuant to the COVID-19 Emergency
   Eviction and Foreclosure Prevention Act of 2020 because at the time when this
   proceeding is filed, neither the Petitioner nor any agent of the Petitioner has received a
   Hardship Declaration from the Respondent, or from any other tenant or occupant of the
   dwelling unit that is the subject of this proceeding.

Dated:      New York, New York        By:
            January 3, 2022                  Robert N. Mizrahi, Esq.
                                             Mizrahi Law Offices, LLC.
                                             Attorneys for Landlord
                                             160 Broadway, Suite 710
                                             New York, NY 10007
                                             855-384-2869; 917 595-5371 (fax)
                                             **Email**: intake@99LawHelp.com

Landlord: Janice Bogues, as Executrix of the Estate of James Bogues
874 New Street
Uniondale, New York 11553

# NOTICE OF TERMINATION

**TO:** SHARON COOPER AKA SHARON COOPER NICHOLS & TYRONE NICHOLS AKA TYRONE NICHOLS SR., and to any and all persons occupying the premises as hereinafter more fully described, **John Doe & Jane Doe.**

**Re:** **246 Saratoga Avenue, Single Family House**
**Brooklyn, New York 11233**
(hereinafter "subject premises").

PLEASE TAKE NOTICE, that pursuant to your oral month to month rental agreement (to pay the taxes, water, amenities, electricity, cable, internet, in exchange for residing at the subject premises) by and between Janice Bogues, as Executrix of the Estate of James Bogues, Landlord (hereinafter referred to as "Landlord") or predecessor in interest, and **SHARON COOPER AKA SHARON COOPER NICHOLS & TYRONE NICHOLS AKA TYRONE NICHOLS SR.,** Tenant (hereinafter referred to as "Tenant"), RPAPL and other current applicable law, that your tenancy at the above referenced subject premises is hereby terminated effective **December 31, 2021** upon the grounds that your Landlord seeks to terminate the month to month tenancy.

PLEASE TAKE FURTHER NOTICE, that you are hereby required to quit, vacate and surrender possession of the subject premises to your Landlord, on or before **December 31, 2021** and, that upon your failure to vacate or surrender possession thereof, the Landlord will commence an action or proceeding in a court of competent jurisdiction to recover possession of the subject premises.

PLEASE TAKE FURTHER NOTICE, that this notice is being served upon you pursuant to RPAPL, Section 711(1), NYRPL 226-c and 232, and other current applicable law.

PLEASE TAKE FURTHER NOTICE, that any response to this notice should be sent and directed to the below named attorneys for the landlord.

BY: *Janice Bogues, as Executrix of the Estate of James Bogues,*
Landlord

Dated: New York, New York
September 23 2021

*Direct All Correspondence To:*
Mizrahi Law Offices, LLC.
Attorneys for Landlord
160 Broadway, Suite 710
New York, NY 10038
877-995-2943; 917 595-5371 (fax)
Email: Intake:@99LawHelp.com

CIVIL COURT OF THE STATE OF NEW YORK COUNTY OF KINGS                           COUNTY OF KINGS

---

Petitioner – Landlord:                                              **AFFIDAVIT OF SERVICE**

Janice Bogues, as Executrix of the Estate of James Bogues                Index No:

Respondents - Tenants:

Sharon Cooper AKA Sharon Cooper Nichols, Tyrone Nichols AKA
Tyrone Nichols Sr., John Doe & Jane Doe

---

The undersigned being duly sworn, deposes and says that the deponent is a licensed process server; deponent is not a party herein, is over 18 years of age and resides at 637 5th avenue Ground Floor, Brooklyn, NY 11215 . That on Sep 27 2021 AT 03:17 PM AT 246 Saratoga Avenue Single Family House, Brooklyn, NY 11233 deponent served the within NOTICE OF TERMINATION AND TENANT'S DECLARATION OF HARDSHIP WITH LEGAL SERVICES PROVIDER LIST on Sharon Cooper AKA Sharon Cooper Nichols, Tyrone Nichols AKA Tyrone Nichols Sr., John Doe & Jane Doe

☐ Individual: by delivering true copies of each to said respondent, personally; deponent knew the person so served to be the person described as said respondent therein.

☐ Corporation: _____ a respondent, therein named, by delivering true copies of each to _____ personally, deponent knew said corporation so served to be the corporation described, and knew said individual to be _____ thereof.

☒ Suitable Person: by delivering thereat, true copies of each to "John Doe" a person of suitable age and discretion.

☐ Affixing to Door: by affixing true copies of each to the door thereof, deponent was unable with due diligence to find respondent, or a person of suitable age or discretion thereat, having called thereon; at _____

☒ Mailing: Deponent also enclosed true copies of same, in a postpaid sealed wrapper properly addressed to said respondent at respondent's last known residence , 246 Saratoga Avenue Single Family House, Brooklyn, NY 11233, and depositing said wrapper in a post office, official depository under the exclusive care and custody of the United States Post Office, department, with New York State. Mailed on Sep 28 2021, by both regular first class mail & by certified mail.

☐ Military Service: I asked the person spoken to whether respondent was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. Respondent wore ordinary civilian clothes and no military uniform. The source of my information and the ground of my belief are the conversations and observations above narrated. Upon information and belief I aver that the respondent is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes. Sharon Cooper AKA Sharon Cooper Nichols, Tyrone Nichols AKA Tyrone Nichols Sr., John Doe & Jane Doe informed me that she was not in military service, nor was she dependent on any person in the military service of the United States or any nation allied with the United States.

---

Description:
Age:  26      Ethnicity:  African American              Gender:  Male          Weight:  130-150
Height:  5'8"-5'11"                          Hair:  Black          Eyes: _____    Relationship: _____
Other

---

                                                              Sworn to before me on          Sep 28 2021

DAVID PAGAN                                              SHONELLI N. LAQUA
2068649-DCA                                              Notary Public State of New York
Kenco Process Serving                                    No. 01 LA6026471
637 5th avenue Ground Floor                              Qualified in New York County
Brooklyn, NY 11215                                       Commission Expires June 13, 2023
Client: MIZRAHI LAW OFFICES

⑦



SHARON COOPER
AKA SHARON COOPER NICHOLS
246 SARATOGA AVENUE
SINGLE FAMILY HOUSE
BROOKLYN, NY 11233

TYRONE NICHOLS AKA TYRONE NICHOLS SR.,
246 SARATOGA AVENUE
SINGLE FAMILY HOUSE
BROOKLYN, NY 11233

"JOHN DOE"
246 SARATOGA AVENUE
SINGLE FAMILY HOUSE
BROOKLYN, NY 11233

"JANE DOE"
246 SARATOGA AVENUE
SINGLE FAMILY HOUSE
BROOKLYN, NY 11233

0



# NOTICE TO TENANT:

If you have lost income or had increased costs during the COVID-19 pandemic, or moving would pose a significant health risk for you or a member of your household due to an increased risk for severe illness or death from COVID-19 due to an underlying medical condition, and you sign and deliver this hardship declaration form to your landlord, you may be protected from eviction until at least January 15, 2022 for nonpayment of rent or for holding over after the expiration of your lease. If your landlord files an eviction against you and you provide this form to the landlord or the court, proceedings will be postponed until January 15, 2022 unless your landlord moves to challenge your declaration of hardship. If the court finds your hardship declaration valid, the eviction proceeding will be postponed until after January 15, 2022. While the eviction proceeding is postponed, you may remain in possession of your unit. You may still be evicted violating your lease by intentionally causing significant damage to the property or persistently and unreasonably engaging in behavior that substantially infringes on the use and enjoyment of other tenants or occupants causes a substantial safety hazard to others.

If your landlord has provided you with this form, your landlord must also provide you with a mailing address and e-mail address to which you can return this form. If your landlord has already started an eviction proceeding against you, you can return this form to either your landlord, the court, or both at any time. You should keep a copy or picture of the signed form for your records. You will still owe any unpaid rent to your landlord. You should also keep careful track of what you have paid and any amount you still owe.

For more information about legal resources that may be available to you, go to www.nycourts.gov/evictions/nyc/ or call 718-557-1379 if you live in New York City or go to www.nycourts.gov/evictions/outside-nyc/ or call a local bar association or legal services provider if you live outside of New York City. Financial assistance may be available to you, even if you have not qualified for assistance in the past. You should contact your local housing assistance office or the Office of Temporary and Disability Assistance (OTDA) for application information.

Residential Eviction - 9/21 - English



Index Number (if known/applicable): _____

County and Court (if known/applicable): _____

# TENANT'S DECLARATION OF HARDSHIP DURING THE COVID-19 PANDEMIC

I am a tenant, lawful occupant, or other person responsible for paying rent, use and occupancy, or any other financial obligation under a lease or tenancy agreement at (address of dwelling unit):

_____

**YOU MUST INDICATE BELOW YOUR QUALIFICATION FOR EVICTION PROTECTION BY SELECTING OPTION "A" OR "B", OR BOTH.**

☐ A. I am experiencing financial hardship, and I am unable to pay my rent or other financial obligations under the lease in full or obtain alternative suitable permanent housing because of one or more of the following:

1. Significant loss of household income during the COVID-19 pandemic.

2. Increase in necessary out-of-pocket expenses related to performing essential work or related to health impacts during the COVID-19 pandemic.

3. Childcare responsibilities or responsibilities to care for an elderly, disabled, or sick family member during the COVID-19 pandemic have negatively affected my ability or the ability of someone in my household to obtain meaningful employment or earn income or increased my necessary out-of-pocket expenses.

4. Moving expenses and difficulty I have securing alternative housing make it a hardship for me to relocate to another residence during the COVID-19 pandemic.

Residential Eviction - 9/21 - English

5. Other circumstances related to the COVID-19 pandemic have negatively affected my ability to obtain meaningful employment or earn income or have significantly reduced my household income or significantly increased my expenses.

To the extent that I have lost household income or had increased expenses, any public assistance, including unemployment insurance, pandemic unemployment assistance, disability insurance, or paid family leave, that I have received since the start of the COVID-19 pandemic does not fully make up for my loss of household income or increased expenses.

☐ B. Vacating the premises and moving into new permanent housing would pose a significant health risk because I or one or more members of my household have an increased risk for severe illness or death from COVID-19 due to being over the age of sixty-five, having a disability or having an underlying medical condition, which may include but is not limited to being immunocompromised.

I understand that I must comply with all other lawful terms under my tenancy, lease agreement or similar contract. I further understand that lawful fees, penalties or interest for not having paid rent in full or met other financial obligations as required by my tenancy, lease agreement or similar contract may still be charged or collected and may result in a monetary judgment against me. I further understand that my landlord may request a hearing to challenge the certification of hardship made herein, and that I will have the opportunity to participate in any proceedings regarding my tenancy. I further understand that my landlord may be able to seek eviction after January 15, 2022, and that the law may provide certain protections at that time that are separate from those available through this declaration.

Signed: _____

Printed name: _____

Date signed: _____

**NOTICE:** You are signing and submitting this form under penalty of law. That means it is against the law to make a statement on this form that you know is false.



# AVISO AL INQUILINO:

Si ha perdido ingresos o han aumentado sus gastos durante la pandemia COVID-19, o si mudarse le arriesgaría a usted o a un integrante de su hogar a una enfermedad grave o la muerte por COVID-19 debido a afecciones subyacentes, al firmar y entregar esta declaración de penuria a su casero, podría contar con protección contra el desalojo por alquiler impago o vencimiento de su contrato de alquiler hasta por lo menos el 15 de enero de 2022. Entréguele este formulario al casero o al tribunal si su casero comienza una demanda de desalojo y los procedimientos se postergarán hasta el 15 de enero de 2022 a menos que su casero rete la declaración de penuria. El procedimiento de desalojo se postergará hasta el 15 de enero de 2022 si el tribunal determina que su declaración de penuria es válida. Podrá continuar la tenencia inmobiliaria durante la postergación del procedimiento de desalojo. Aún le pueden desalojar por incumplimiento del contrato de alquiler por adrede haber causado daños significativos a la propiedad o al persistentemente comportarse de manera irrazonable infringiendo sustancialmente en el uso y disfrute de la propiedad por los demás inquilinos u ocupantes causándoles un riesgo sustancial.

Si su casero le ha proporcionado este formulario, también deberá proporcionarle una dirección postal y una dirección de correo electrónico para devolver este formulario. Si su casero ya ha comenzado una demanda de desalojo en su contra, en cualquier momento podrá devolver este formulario o a su casero, al tribunal o ambos. Aún le deberá el alquiler impago al casero. Mantenga un registro preciso de sus pagos y lo que todavía debe.

Si vive en la ciudad de Nueva York visite: www.nycourts.gov/evictions/nyc/ o llame al 718-557-1379 para obtener más información sobre recursos legales disponibles o si vive fuera de la ciudad de Nueva York visite: www.nycourts.gov/evictions/outside-nyc/ o llame al colegio de abogados local o proveedores de servicios legales. Ayuda financiera podría estar a su disposición, aunque no haya calificado anteriormente. Comuníquese con su oficina local de asistencia para vivienda o la Oficina de Asistencia Temporal y Asistencia Para Incapacitados (OTDA por sus siglas en inglés)

YSCEF DOC. NO. 1                                                    RECEIVED NYSCEF: 01/04/202

| Service Area | Organization Name | Website | Telephone Number |
|---|---|---|---|
| **BRONX** | Bronx Legal Services/LSNYC | https://www.legalservicesnyc.org/ | 917-661-4500 |
| | Mobilization for Justice | https://mobilizationforjustice.org/ | 212-417-3700 |
| | NAICA (Neighborhood Association of Inter-Cultural Affairs, Inc.) | https://www.naicany.org/ | 718-538-3344 ext: 100 or ext:117 |
| | Part of the Solution (POTS) | www.potsbronx.org | 718-220-4892 ext: 101 |
| | TakeRoot Justice | https://takerootjustice.org/ | 212-810-6744 |
| | The Bronx Defenders | https://www.bronxdefenders.org/ | 718-838-7878 |
| | The Legal Aid Society | https://www.legalaidnyc.org/ | 718-991-4600 |
| | Urban Justice Center - Safety Net Project | https://snp.urbanjustice.org/ | 646-602-5600 |
| **BROOKLYN** | Brooklyn Legal Services Corporation A | https://bka.org/ | 718-487-2300 |
| | Brooklyn Legal Services/LSNYC | https://www.legalservicesnyc.org/ | 917-661-4500 |
| | CAMBA Legal Services | https://camba.org/program/legalservices/ | 718-287-0010 |
| | CoRe (Communities Resist) | https://communitiesresist.org/ | 646-974-8761 |
| | Mobilization for Justice | https://mobilizationforjustice.org/ | 212-417-3700 |
| | NYLAG (New York Legal Assistance Group) | https://www.nylag.org/ | 929-356-9582 |
| | RiseBoro Community Partnership | https://www.riseboro.org/rb/empowerment/legal_services/ | 929-282-4126 ext: 1046 or 929-297-0215 ext: 1022 |
| | TakeRoot Justice | https://takerootjustice.org/ | 212-810-6744 |
| | The Legal Aid Society | https://www.legalaidnyc.org/ | 718-722-3100 |
| | Urban Justice Center - Safety Net Project | https://snp.urbanjustice.org/ | 646-602-5600 |
| **MANHATTAN** | Goddard Riverside Law Project | https://goddard.org/programs/fighting-homelessness/goddardlawproject/ | 212-799-9638 |
| | Housing Conservation Coordinators | http://www.hcc-nyc.org/ | 212-541-5996 |
| | Lenox Hill Neighborhood House | https://www.lenoxhill.org/legaladvocacy | 212-218-0503 |
| | Manhattan Legal Services/LSNYC | https://www.legalservicesnyc.org/ | 917-661-4500 |
| | Mobilization for Justice | https://mobilizationforjustice.org/ | 212-417-3700 |
| | NDS (Neighborhood Defender Service of Harlem) | https://neighborhooddefender.org/ | 212-876-5500 |
| | NMIC (Northern Manhattan Improvement Corporation) | https://www.nmic.org/legal/ | 212-822-8300 |
| | NYLAG (New York Legal Assistance Group) | https://www.nylag.org/ | 929-356-9582 |
| | TakeRoot Justice | https://takerootjustice.org/ | 212-810-6744 |
| | The Legal Aid Society | https://www.legalaidnyc.org/ | 212-426-3000 |
| **QUEENS** | Catholic Migration Services | https://catholicmigration.org/ | 347-472-3500 |
| | JASA (Jewish Association for Services for the Aged) | https://www.jasa.org/services/legal | 212.273.5359 |
| | NYLAG (New York Legal Assistance Group) | https://www.nylag.org/ | 929-356-9582 |
| | Queens Legal Services/LSNYC | https://www.legalservicesnyc.org/ | 917-661-4500 |
| | TakeRoot Justice | https://takerootjustice.org/ | 212-810-6744 |
| | The Legal Aid Society | https://www.legalaidnyc.org/ | 718-286-2450 |
| **STATEN ISLAND** | CAMBA Legal Services | https://camba.org/program/legalservices/ | 646-973-1420 |
| | Staten Island Legal Services/LSNYC | https://www.legalservicesnyc.org/ | 917-661-4500 |
| | The Legal Aid Society | https://www.legalaidnyc.org/ | 347-422-5333 |

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF KINGS
-------------------------------------------------------------x
JANICE BOGUES, AS EXECUTRIX OF THE ES

                            Plaintiff/Petitioner,
            - against -                                    Index No.300103/22

SHARON COOPER AKA SHARON COOPER

                            Defendant/Respondent.
-------------------------------------------------------------x

### NOTICE OF ELECTRONIC FILING
### (Consensual Case)
### (Uniform Rule § 208.4-a)

**You have received this Notice because:**

- The Plaintiff/Petitioner, whose name is listed above, has filed this case using the New York State Courts e-filing system, and

- You are a Defendant/Respondent (a party) in this case.

**If you are represented by an attorney**: give this Notice to your attorney (Attorneys: see "Information for Attorneys" pg. 2).

**If you are not represented by an attorney:  you are not required to e-file. You may serve and file documents in paper form and you must be served with documents in paper form. However, as a party without an attorney, you may participate in e-filing.**

**Benefits of E-Filing**

You can:

- serve and file your documents electronically

- view your case file on-line

- limit your number of trips to the courthouse

- pay any court fees on-line.

There are no additional fees to file, view, or print your case records.

To sign up for e-filing or for more information about how e-filing works, you may:

- visit: www.nycourts.gov/efile-unrepresented or

- go to the Help Center or Clerk's Office at the court where the case was filed. To find legal information to help you represent yourself visit www.nycourthelp.gov

Page 1 of 2                                             EFCIV-3

## Information for Attorneys

An attorney representing a party who is served with this notice must either consent or decline consent to electronic filing and service through NYSCEF for this case.

Attorneys registered with NYSCEF may record their consent electronically in the manner provided at the NYSCEF site. Attorneys not registered with NYSCEF but intending to participate in e-filing must first create a NYSCEF account and obtain a user ID and password prior to recording their consent by going to www.nycourts.gov/efile.

Attorneys declining to consent must file with the court and serve on all parties of record a declination of consent.

For additional information about electronic filing and to create a NYSCEF account, visit the NYSCEF website at www.nycourts.gov/efile or contact the NYSCEF Resource Center (phone: 646-386-3033; e-mail: nyscef@nycourts.gov).

Dated: January 26, 2022

Robert N. Mizrahi, Esq.
     Name

Mizrahi Law Offices, LLC.

     Firm Name

160 Broadway, Suite 710
     Address

New York, New York 10038

855-384-2869; 917 595-5371 (fax)
     Phone

Intake@99LawHelp.com
     E-Mail

To:   All Respondents

246 Saratoga Avenue, Single Fa

Brooklyn, New York 11233

7/19/19

YSCEF DOC. NO. 4

RECEIVED NYSCEF: 01/24/202

# CIVIL COURT OF THE CITY OF NEW YORK
# COUNTY OF KINGS



| | |
|---|---|
| **Janice Bogues**<br><br>- v. -<br><br>**Sharon Cooper et al** | **Index No.** LT-300103-22/KI |

## COURT NOTICE

   PLEASE TAKE NOTICE that your Landlord and Tenant case is scheduled on date and time assigned on the Notice of Petition for all purposes.
You must attend virtually by using the link below or by telephone number and using the Conference code below.
You must attend this appearance virtually.
Virtually attend by: Microsoft Teams meeting
Link: https://notify.nycourts.gov/meet/0v8rd4
Conference Call #: (347) 378-4143
Toll-free #: (833) 262-7886
Conference ID: 841 780 360#
For instructions, go to https://nycourts.gov/appear

Parties may appear before the court by typing the above virtual link into your browser or by calling the phone conference information above.
If you cannot appear virtually or by telephone, you can appear in person in the Intake 2 Part in Room 201 at the courthouse at 141 Livingston Street, Brooklyn, New York 11201, at the date and time your case is scheduled.  If you come to the courthouse in person, please do not bring anyone with you, and do not arrive more than 15 minutes before your case is scheduled.
If the respondent/tenant does not appear virtually, call in or come to the Brooklyn Housing Court,141 Livingston Street, Brooklyn, NY 11201, on this court date at the scheduled time, the court may issue a decision on default that gives the landlord the right to schedule the tenants eviction.
   If you have any questions or concerns, please call us at 347-404-9201.

DATED 01/24/2022                    FILED By Court Employee

**GREGORY FUNDING**
PO BOX 230579
Tigard, OR 97281-0579

| |
|---|
| **www.GregoryFunding.com** |
| Contact: 866-712-5698 |
| Hours of Operation Monday – Friday |
| 6:30am - 6:00pm Pacific Time |
| Payment Address: Gregory Funding |
| PO Box 742334 |
| Los Angeles, CA 90074-2334 |
| Fax: 866-712-5697 |

Estate Of James C Bogues Sr
246 Saratoga Ave
Brooklyn, NY 11233

July 1, 2021
Loan #: 328027-584
Property Address: 246 Saratoga Ave, Brooklyn, NY 11233

## Notice of Intent to Foreclose

Dear Estate Of James C Bogues Sr:

Gregory Funding is the servicer for the above-referenced loan. Our records indicate the above-referenced Mortgage loan is in default. Your account is due for the **November 25, 2019** payment and succeeding payments. This is a demand for payment of the total amount due and owing as of the date of this letter, which is as follows:

| | |
|---|---|
| **Reinstatement Date** | = **August 5, 2021** |
| Unpaid Installments | = $22,804.76 |
| Late charges | = $75.54 |
| Suspense | = $-298.89 |
| Unpaid Charges | = $7,485.42 |
| **Reinstatement Amount** | = **$30,066.83** |

You may cure the default by paying the total amount due, indicated above, within thirty-five (35) days from the date of this letter (**no later than August 5, 2021**). You are also responsible for paying any additional payments, fees, and charges that become due during this 35-day period. Payment may be made via Electronic Funds Transfer (with Gregory Funding's approval), cashier's check, certified check or money order and must be payable to us at the address stated in this letter. Please include your loan number or mortgage account number on any payment or correspondence. If funds tendered are not honored for any reason, the default will not be cured. Our acceptance of any funds less than the total amount due shall not constitute a waiver of our rights and/or remedies under the loan documents or applicable law.

You also have the right to pay your loan in full. If you wish to pay the loan in full, please contact our Customer Service Department at 866-712-5698 to obtain a payoff statement.

While your loan remains in default, Gregory Funding will perform certain tasks to protect the loan owner's interest in the property, including visits to your property at regular intervals during the default. This will be done to determine, as of the date of the inspection, the property condition and occupancy status. You should anticipate that any costs incurred by Gregory Funding as the servicer may be added to the amount you now owe if permitted by your loan documents and applicable law.

We are a debt collector and information you provide to us may be used to collect a debt. However, if you filed for bankruptcy, we respect any stay, modification or discharge condition and this notice is given for regulatory compliance and information purposes only. If we are subject to a stay in your bankruptcy or you are receiving this solely as successor in interest, this letter is not a demand for payment. If this debt is discharged under bankruptcy law or you are merely successor in interest, you are not personally liable for the debt. According to the mortgage and within the limits of bankruptcy law, we retain our rights to enforce the mortgage lien against the collateral property.

*V7.0 11/01/2020 LTR071*

Failure to cure the default on or before the date specified in this Notice may result in acceleration of the sums secured by the Security Instrument, foreclosure proceedings and sale of the Property.

This letter is being sent for the purpose of notice under the terms and conditions of the Security Instrument and or promissory note to comply with the requirements of state law.

**In accordance with federal law and 12 U.S.C. 1701 x (c) (5), Gregory Funding does not offer home ownership counseling services to borrowers, as such counseling is available through a variety of non-profit organizations which can be reached by contacting the Secretary of Housing and Urban Development "HUD" by calling the toll free number 800-569-4287 to obtain a list of non-profit organizations and HUD provided counseling agencies servicing your area. You may also contact Gregory Funding at 866-712-5698 to discuss reinstatement and loan options in an attempt to resolve the default in your loan.**

**If you believe that you are not indebted to Ajax Mortgage Loan Trust 2019-E, Mortgage-Backed Securities, Series 2019-E, by U.S. Bank National Association, as Indenture Trustee, you must provide any defense you have against payment within thirty (30) days of receipt of this letter or we will assume the debt to be valid.**

<u>**See Attached Notice Required by the Fair Debt Collection Practices Act**</u>

**NOTICE REQUIRED BY THE FAIR DEBT COLLECTION PRACTICES ACT, (THE ACT), 15 U.S.C. SECTION 1692(g) AS AMENDED**

### NOTICE OF DEFAULT AND RIGHT TO CURE DEFAULT

1. You are in default under your promissory note and Security Instrument.
2. You have the right to reinstate your Security Instrument after acceleration (as provided for in the Security Instrument), the right to bring a court action to assert the non-existence of a default or any other defense to acceleration and foreclosure, and the right to defend yourself in a foreclosure action by asserting the non-existence of a default or any other defense to acceleration and foreclosure.
3. The Creditor is Ajax Mortgage Loan Trust 2019-E, Mortgage-Backed Securities, Series 2019-E, by U.S. Bank National Association, as Indenture Trusteeand is named in the attached letter as the creditor to whom the debt is owed.
4. If you notify the creditor, Ajax Mortgage Loan Trust 2019-E, Mortgage-Backed Securities, Series 2019-E, by U.S. Bank National Association, as Indenture Trustee, in writing within thirty (30) days of the receipt of this notice that the debt or any portion thereof is disputed, the collection process will be stopped until a verification of the debt is mailed to you.
5. If the creditor named in this letter is not the original creditor, and/or if you make a written request to the creditor within thirty (30) days from the receipt of this notice, the name and address of the original creditor will be mailed to you.
6. Written requests pursuant to this notice should be addressed to: Gregory Funding, Attn Errors & Inquiries, P.O. Box 230668, Tigard, OR 97281-0668.

For Oregon Residents: Residential mortgage loan servicers are regulated by the Oregon Division of Financial Regulation. To file a complaint, call (888) 877-4894 or visit http://dfr.oregon.gov.

If you have any questions, please contact us at 866-712-5698.

Sincerely,

Gregory Funding

Enclosure: Servicemembers Civil Relief Act Notice

We are a debt collector and information you provide to us may be used to collect a debt. However, if you filed for bankruptcy, we respect any stay, modification or discharge condition and this notice is given for regulatory compliance and information purposes only. If we are subject to a stay in your bankruptcy or you are receiving this solely as successor in interest, this letter is not a demand for payment. If this debt is discharged under bankruptcy law or you are merely successor in interest, you are not personally liable for the debt. According to the mortgage and within the limits of bankruptcy law, we retain our rights to enforce the mortgage lien against the collateral property.

**Servicemembers Civil Relief Act Notice Disclosure**

**U.S. Department of Housing and Urban Development Office of Housing**

OMB Approval 2502 - 0584
Exp 3/31/2021

## Legal Rights and Protections Under the SCRA

Servicemembers on "active duty" or "active service," or a spouse or dependent of such a servicemember may be entitled to certain legal protections and debt relief pursuant to the Servicemembers Civil Relief Act (50 USC App. §§ 3901-4043) (SCRA).

## Who May Be Entitled to Legal Protections Under the SCRA?

- Regular members of the U.S. Armed Forces (Army, Navy, Air Force Marine Corps and Coast Guard).
- Reserve and National Guard personnel who have been activated and are on Federal active duty
- National Guard personnel under a call or order to active duty for more than 30 consecutive days under section 502(f) of title 32, United States Code, for purposes of responding to a national emergency declared by the President and supported by Federal funds
- Active service members of the commissioned corps of the Public Health Service and the National Oceanic and Atmospheric Administration.
- Certain United States citizens serving with the armed forces of a nation with which the United States is allied in the prosecution of a war or military action.

## What Legal Protections Are Servicemembers Entitled To Under the SCRA?

- The SCRA states that a debt incurred by a servicemember, or servicemember and spouse jointly, prior to entering military service shall not bear interest at a rate above 6% during the period of military service and one year thereafter, in the case of an obligation or liability consisting of a mortgage, trust deed, or other security in the nature of a mortgage, or during the period of military service in the case of any other obligation or liability.
- The SCRA states that in a legal action to enforce a debt against real estate that is filed during, or within one year after the servicemember's military service, a court may stop the proceedings for a period of time, or adjust the debt. In addition, the sale, foreclosure, or seizure of real estate shall not be valid if it occurs during or within one year after the servicemember's military service unless the creditor has obtained a valid court order approving the sale, foreclosure, or seizure of the real estate.
- The SCRA contains many other protections besides those applicable to home loans.

## How Does A Servicemember or Dependent Request Relief Under the SCRA?

- In order to request relief under the SCRA from loans with interest rates above 6% a servicemember or spouse must provide a written request to the lender, together with a copy of the servicemember's military orders. Please send to Gregory Funding, PO Box 230579, Tigard, OR 97281-0579.
- There is no requirement under the SCRA, however, for a servicemember to provide a written notice or a copy of a servicemember's military orders to the lender in connection with a foreclosure or other debt enforcement action against real estate. Under these circumstances, lenders should inquire about the military status of a person by searching the Department of Defense's Defense Manpower Data Center's website, contacting the servicemember, and examining their files for indicia of military service. Although there is no requirement for servicemembers to alert the lender of their military status in these situations, it still is a good idea for the servicemember to do so.

## How Does a Servicemember or Dependent Obtain Information About the SCRA?

- Servicemembers and dependents with questions about the SCRA should contact their unit's Judge Advocate, or their installation's Legal Assistance Officer. A military legal assistance office locator for all branches of the Armed Forces is available at http://legalassistance.law.af.mil/content/locator.php

- "Military OneSource" is the U. S. Department of Defense's information resource. If you are listed as entitled to legal protections under the SCRA (see above), please go to www.militaryonesource.mil/legal or call 1-800- 342-9647 (toll free from the Unites States) to find out more information. Dialing instructions for areas outside the United States are provided on the website.

form HUD-92070
(6/2017)

**GREGORY FUNDING**
PO BOX 230579
Tigard, OR 97281-0579

| www.GregoryFunding.com |
|---|
| Contact: 866-712-5698 |
| Hours of Operation Monday – Friday |
| 6:30am - 6:00pm Pacific Time |
| Payment Address: Gregory Funding |
| PO Box 742334 |
| Los Angeles, CA 90074-2334 |
| Fax: 866-712-5697 |

Estate Of James C Bogues Sr
246 Saratoga Ave
Brooklyn, NY 11233

July 1, 2021
Loan #: 328027-584
Property Address: 246 Saratoga Ave, Brooklyn, NY 11233

## YOU MAY BE AT RISK OF FORECLOSURE.
## PLEASE READ THE FOLLOWING NOTICE CAREFULLY

Dear Estate Of James C Bogues Sr:

Gregory Funding is the servicer for the above-referenced loan. As of July 1, 2021 your home loan is 584 days, and $30,066.83 in default.

Under New York State law, we are required to send you this notice to inform you that you are at risk of losing your home.

Attached to this notice is a list of government-approved housing counseling agencies in your area which provide free counseling.

You can also call the NYS Office of the Attorney General's Homeowner Protection Program (HOPP) toll-free consumer hotline to be connected to free housing counseling services in your area at 1-855-HOME-456 (1-855-466-3456), or visit their website at https://homeownerhelpny.org/.

A statewide listing by county is also available at http://www.dfs.ny.gov/consumer/mortg_nys_np_counseling_agencies.htm.

Qualified free help is available; watch out for companies or people who charge a fee for those services.

Housing counselors from New York-based agencies listed on the website above are trained to help homeowners who are having problems making their mortgage payments and can help you find the best option for your situation. If you wish you may also contact us directly at 866-712-5698 and ask to discuss possible options.

discharge condition and this notice is given for regulatory compliance and information purposes only. If we are subject to a stay in your bankruptcy or you are receiving this solely as successor in interest, this letter is not a demand for payment. If this debt is discharged under bankruptcy law or you are merely successor in interest, you are not personally liable for the debt. According to the mortgage and within the limits of bankruptcy law, we retain our rights to enforce the mortgage lien against the collateral property.

*V8.0 02/23/2021 LTR058*

While we cannot assure you that a mutually agreeable resolution is possible, we encourage you to take immediate steps to try to achieve a resolution. The longer you wait, the fewer options you may have.

If you have not taken any actions to resolve this matter within 90 days from the date this notice was mailed, we may commence legal action against you (or sooner if you cease to live in the dwelling as your primary residence).

If you need further information please call the New York State Department of Financial Services' toll-free helpline at 1-800-342-3736 or visit the Department's website at www.dfs.ny.gov.

IMPORTANT: You have the right to remain in your home until you receive a court order telling you to leave the property. If a foreclosure action is filed against you in court, you still have the right to remain in the home until court orders you to leave. You legally remain the owner of and are responsible for the property until the property is sold by you or by order of the court at the conclusion of any foreclosure proceedings. This notice is not an eviction notice, and a foreclosure action has not yet been commenced against you.

If you have any questions, please contact us at 866-712-5698.

Sincerely,

Gregory Funding

Enclosure(s): New York Housing Counselor List

We are a debt collector and information you provide to us may be used to collect a debt. However, if you filed for bankruptcy, we respect any stay, modification or discharge condition and this notice is given for regulatory compliance and information purposes only. If we are subject to a stay in your bankruptcy or you are receiving this solely as successor in interest, this letter is not a demand for payment. If this debt is discharged under bankruptcy law or you are merely successor in interest, you are not personally liable for the debt. According to the mortgage and within the limits of bankruptcy law, we retain our rights to enforce the mortgage lien against the collateral property.



Civil Court of the City of New York
141 Livingston Street
Brooklyn, NY 11201
Phone: (347)-404-9133    Fax: (718)-643-3733
Hours: 8:30a-5:00p M,T,W and F - 8:30a-7:00p Th
Website: www.nycourts.gov
Email:

Hon. Jill R. Epstein
Supervising Judge

Joseph M. Minogue
Clerk of County

--------------------------------------------------------------------------------
## NOTICE

February 17, 2022

"John" "Doe"
246 Saratoga Avenue
Brooklyn, NY 11233

Janice Bogues As Executrix Of The estate of James
Bogues
        -against-
Sharon Cooper AKA Sharon Cooper Nichols... et al.

**Index No:** LT-300103-22/KI                **Calendar No:**

**PLEASE TAKE NOTICE** that your Landlord and Tenant case has been adjourned to
March 7, 2022 at 10:30 AM in Part Part S, Room 602 for all purposes.

**You must appear and bring this notice with you.**

Alia Razzaq
Chief Clerk

CC:    Mizrahi Law Offices, LLC
       Sharon Cooper
       Tyrone Nichols
       "Jane" "Doe"

YSCEF DOC. NO. 3                                                    RECEIVED NYSCEF: 01/24/202

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF KINGS

-----------------------------------------------------------------------------X

JANICE BOGUES, AS EXECUTRIX OF THE ESTATE OF
JAMES BOGUES,

                Petitioner (Landlord),

  -against-

SHARON COOPER AKA SHARON COOPER NICHOLS &
TYRONE NICHOLS AKA TYRONE NICHOLS SR.,

                Respondent (Tenant),
                Address:
                246 Saratoga Avenue, Single Family House
                Brooklyn, New York 11233

"JOHN DOE" and/or "JANE DOE"
                Respondent(s)-Undertenant(s).
                Address:
                246 Saratoga Avenue, Single Family House
                Brooklyn, New York 11233
First and last names of latter two Respondents-Undertenants being
fictitious and unknown to Petitioner, Person(s) intended being in
possession of the premises described.

-----------------------------------------------------------------------------X

Index No. L&T 30D103-22

**Notice of Holdover
Petition**

RESIDENTIAL

Petitioner's Business Address:
874 New Street
Uniondale, New York 11553

**Your landlord is suing you for eviction.**

1. Your landlord has started a holdover eviction case against you. That means the landlords says you should be evicted for a reason other than not paying your rent. The landlord's reasons are given in the attached petition.

2. Your landlord is asking this Court for:
   - permission to evict you from your home at: Single Family House in the premises known as and located at 246 Saratoga Avenue, Brooklyn, New York 11233, County of Kings, City and State of New York, all rooms within said premises.
   - And a money judgment for outstanding arrears, plus interest and use and occupancy from January 1, 2022.

3. You must come to the Civil Court:

   Date: February 16, 2022    Time: 11:30 AM _____
   Address: 141 Livingston Street
             Brooklyn, New York 11201
   Room/Part: 201/Intake 2 _____

   *Warning!* If you don't come to court at this date and time, a judgment may be entered against you. If that happens, the landlord will have the right to evict you. You have a right to postpone the case for 14 days, but you have to come to court to ask for that.

4. In Court, you may tell the judge the legal reasons that you should be allowed to stay in your home. The legal reasons are called defenses. You can also say any claims you have against the landlord. You will have to prove your defenses and claims in court. You can also give your Answer in writing. Information to help you Answer the Petition is available online at nycourts.gov/housingnyc.

(i)

*Important!* If you don't tell the Clerk about a defense in your Answer you might not be able to talk about it later in this case or any other case.

5. If your name is not on this Notice but you live in the home listed above, you have a right to come to Court on the court date and tell the judge the legal reasons that you should be allowed to stay in the home.

6. **Available Resources:**

- **Legal Help:** Under New York City law, you may be able to get a free lawyer to represent you in this case. Call 718-557-1379 or go to nycourts.gov/nyc-freelawyer for information about getting free legal help. If you have money to hire a lawyer, you can contact the New York City Bar Legal Referral Service at 212-626-7373

- **Language Help:** If you don't speak English well or are deaf or hard of hearing, you have a right to a free interpreter. Tell the Court Clerk you need an interpreter or call 646-386-5670. To read a translation of this Notice in another language visit: nycourts.gov/housingnyc. For information on evictions:

---

**646-386-5750**: Informations concernant les expulsions • বেদখলের তথ্য • 驱离租屋相关信息

迫遷相關資訊 • Информация о выселении • درطلا تلاٌلاح نأثٌد تامولعم •

تامولعم ىٌ نوٌلخد ٌہے • Enfòmasyon Konsènan Degèpisman • información sobre desalojos

---

- **ADA Help:** If you need a special accommodation to use the court because of a disability, call 646-386-5300 or 711 (TTY) or tell a Court Clerk.

- **Financial Help:** If you owe the rent and don't have the money, contact HRA's Infoline at 718-557-1399 for motion information about getting help to pay the rent.

- **Help at the Courthouse:** There is Help Center in the courthouse where you can speak to a Court Attorney or a Volunteer Lawyer.

- **/Online Help:** Visit the Housing Court's website at: nycourts.gov/housingnyc (also available in Spanish and Chinese) or visit LawHelpNY at: lawhelpny.gov.

---

**Postponements and Rent Deposits.** In court, you can ask to postpone your case. You have a right to postpone the case for at least 14 days. If your case is not finished in 60 days or you ask to postpone the case again, the court can order you to deposit money in court or make a rent payment to the landlord. If you don't do this, your case may go to trial right away. RPAPL Sec. 745.

**After Judgment.** If the court orders a judgment against you after a trial, the court may give you time to move. After that time is up, you will get a Notice of Eviction from a Marshal giving you at least 14 days to leave. If you don't leave, you will be evicted by the Marshal. RPAPL Sec. 749(2).

---

City of New York, County of KINGS
Dated: January 3, 2022
Clerk of the Civil Court of the City of New York:    *Alia Razzaq*
                                                    Clerk of the Civil Court of the City of New York

Attorney for Petitioner:    Mizrahi Law Offices, LLC.
                           Attorneys for Landlord
                           160 Broadway, Suite 710
                           New York, NY 10038
                           877-995-2943; 917 595-5371 (fax)
                           **Email**: Intake@99LawHelp.com

44

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF KINGS

-------------------------------------------------------------------------X

JANICE BOGUES, AS EXECUTRIX OF THE ESTATE OF
JAMES BOGUES,

                Petitioner (Landlord),

   -against-

SHARON COOPER AKA SHARON COOPER NICHOLS &
TYRONE NICHOLS AKA TYRONE NICHOLS SR.,

                Respondent (Tenant),
                Address:
                246 Saratoga Avenue, Single Family House
                Brooklyn, New York 11233

"JOHN DOE" and/or "JANE DOE"
                Respondent(s)-Undertenant(s).
                Address:
                246 Saratoga Avenue, Single Family House
                Brooklyn, New York 11233

First and last names of latter two Respondents-Undertenants being
fictitious and unknown to Petitioner, Person(s) intended being in
possession of the premises described.

-------------------------------------------------------------------------X

**Index No. L&T _____**

**Holdover**
**Petition**

RESIDENTIAL

Petitioner's Business Address:
874 New Street
Uniondale, New York 11553

The Petition of JANICE BOGUES, AS EXECUTRIX OF THE ESTATE OF JAMES BOGUES,
Petitioner/Landlord shows that:

1. Petitioner is *owner* and landlord of the premises described below (the "premises").
2. Respondent SHARON COOPER AKA SHARON COOPER NICHOLS & TYRONE NICHOLS AKA
   TYRONE NICHOLS SR., (the "tenant") is currently in possession of the premises by virtue of an oral
   month to month rental agreement (to pay the taxes, water, amenities, electricity, cable, internet, in
   exchange for residing at the subject premises), and thereafter the Landlord has terminated tenant's
   month to month tenancy, thereby ending Respondent's right to occupy the premises and ending
   Respondent's tenancy, effective December 31, 2021.
3. Respondent SHARON COOPER AKA SHARON COOPER NICHOLS & TYRONE NICHOLS AKA
   TYRONE NICHOLS SR., pursuant to RPAPL and other applicable law, tenancy at the above referenced
   premises was hereby terminated effective December 31, 2021, upon the grounds that Respondent was
   served with a timely Notice of Termination, terminating Respondent's tenancy on said date.
4. Respondents-Undertenants JOHN DOE and JANE DOE are the undertenants of the Respondent.
5. Respondents continue in possession of the premises without permission of the Landlord after the
   expiration of said date.
6. The premises from which removal is sought were rented for residential purposes and are described as
   follows:
         246 Saratoga Avenue, Single Family House
         Brooklyn, New York 11233
         All rooms within said premises.
7. Said premises are situated within the territorial jurisdiction of this Court.
8. Respondents were served in the manner provided by law with a Notice of Termination writing, a copy of
   which is annexed hereto (with proof of service) and made a part of this Petition.
9. The dwelling is not subject to the City Rent and Rehabilitation Law (rent control) or the Rent
   Stabilization Law of 1969, as amended, because the dwelling contains fewer than six units.

(3)

10. The building in which the premises is located is not a multiple-dwelling; there are less than three residential units.

11. Petitioner lacks written information or notice of any address where the Respondents reside, are employed, have a place of business in New York, other than the Premises sought to be recovered.

12. No monies for rent and/or "use and occupancy" have been received or accepted from the Respondents, for rent and/or "use and occupancy" applicable to the time period after termination.

13. In addition, the value of Respondents use and occupancy of the Premises after December 31, 2021 is at the rate of at least $2,000.00 per month.

14. Petitioner has and will incur such costs and fees, the total amount of such costs and fees to be determined by the Court at a hearing or trial, but believed to equal or exceed the sum of $2,000.00.

**WHEREFORE,** Petitioner requests a final judgment awarding Petitioner (a) possession of the premises with the issuance of a warrant to remove respondents from possession of the premises, (b) a money judgment against Respondent for outstanding arrears with interest, together with an award of use and occupancy of the premises from January 1, 2022 in an amount to be determined by the Court.

Dated: New York, New York
     January 3, 2022

By: _____
       Robert N. Mizrahi, Esq.
       Mizrahi Law Offices, LLC.
       Attorneys for Petitioner/Landlord
       160 Broadway, Suite 710
       New York, NY 10038
       877-995-2943; 917 595-5371 (fax)
       **Email**: Intake@99LawHelp.com

Verification

    Robert N. Mizrahi, an attorney duly admitted to practice law before the courts of the State of New York, affirms the following to be true under the penalties of perjury:

    I have read the foregoing Petition and Notice of Petition and know the contents thereof to be true to my own knowledge, except as to those matters alleged on information and belief, and as to those matters I believe them to be true. The grounds for my belief are: correspondence, statements, records, and other writings provided by the Petitioner, its agents and/or employees. This verification is made pursuant to the provisions of CPLR 3020(d) and RPAPL §741. The reason I make this affirmation on behalf of my client is that the Petitioner's principal office or places of residence is outside the county in which I maintain my office.

Dated: New York, New York
     January 3, 2022

By: _____
      Robert N. Mizrahi, Esq.

५४

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF KINGS
--------------------------------------------------------------------------------X
JANICE BOGUES, AS EXECUTRIX OF THE ESTATE OF
JAMES BOGUES,                                                  Index No. L&T
                    Petitioner (Landlord),
       -against-                                              **Holdover**
                                                             **Affirmation**
SHARON COOPER AKA SHARON COOPER NICHOLS &
TYRONE NICHOLS AKA TYRONE NICHOLS SR.,
                    Respondent (Tenant),                      RESIDENTIAL
                    Address:
                    246 Saratoga Avenue, Single Family House
                    Brooklyn, New York 11233
"JOHN DOE" and/or "JANE DOE"
                    Respondent(s)-Undertenant(s).
                    Address:
                    246 Saratoga Avenue, Single Family House
                    Brooklyn, New York 11233
First and last names of latter two Respondents-Undertenants being
fictitious and unknown to Petitioner, Person(s) intended being in
possession of the premises described.
--------------------------------------------------------------------------------X
STATE OF NEW YORK            )
                             ) : SS :
COUNTY OF NEW YORK           )
       I, **ROBERT N. MIZRAHI,** an attorney duly admitted to practice law before the Courts of
the State of New York, affirms the following to be true to under the penalties of perjury pursuant
to CPLR 2106:
   1. I am the attorney for the Petitioner.
   2. I have caused the Respondent to be served with the required COVID-19 Hardship
      Declaration in English and the Respondent's primary language (if other than English)
      together with the subject Predicate Notice in this matter by Service of Process.
   3. The Affidavit of Service of the process server relating to same is annexed hereto, along
      with the documents which were served upon Respondent.
   4. This proceeding is permitted to go forward pursuant to the COVID-19 Emergency
      Eviction and Foreclosure Prevention Act of 2020 because at the time when this
      proceeding is filed, neither the Petitioner nor any agent of the Petitioner has received a
      Hardship Declaration from the Respondent, or from any other tenant or occupant of the
      dwelling unit that is the subject of this proceeding.

Dated:       New York, New York       By: _____
             January 3, 2022               Robert N. Mizrahi, Esq.
                                           Mizrahi Law Offices, LLC.
                                           Attorneys for Landlord
                                           160 Broadway, Suite 710
                                           New York, NY 10007
                                           855-384-2869; 917 595-5371 (fax)
                                           **Email**: intake@99LawHelp.com

(5)

Landlord: Janice Bogues, as Executrix of the Estate of James Bogues
874 New Street
Uniondale, New York 11553

# NOTICE OF TERMINATION

**TO:** SHARON COOPER AKA SHARON COOPER NICHOLS & TYRONE NICHOLS AKA TYRONE NICHOLS SR., and to any and all persons occupying the premises as hereinafter more fully described, **John Doe & Jane Doe.**

**Re:** **246 Saratoga Avenue, Single Family House**
**Brooklyn, New York 11233**
(hereinafter "subject premises").

PLEASE TAKE NOTICE, that pursuant to your oral month to month rental agreement (to pay the taxes, water, amenities, electricity, cable, internet, in exchange for residing at the subject premises) by and between Janice Bogues, as Executrix of the Estate of James Bogues, Landlord (hereinafter referred to as "Landlord") or predecessor in interest, and **SHARON COOPER AKA SHARON COOPER NICHOLS & TYRONE NICHOLS AKA TYRONE NICHOLS SR.,** Tenant (hereinafter referred to as "Tenant"), RPAPL and other current applicable law, that your tenancy at the above referenced subject premises is hereby terminated effective **December 31, 2021** upon the grounds that your Landlord seeks to terminate the month to month tenancy.

PLEASE TAKE FURTHER NOTICE, that you are hereby required to quit, vacate and surrender possession of the subject premises to your Landlord, on or before **December 31, 2021** and, that upon your failure to vacate or surrender possession thereof, the Landlord will commence an action or proceeding in a court of competent jurisdiction to recover possession of the subject premises.

PLEASE TAKE FURTHER NOTICE, that this notice is being served upon you pursuant to RPAPL, Section 711(1), NYRPL 226-c and 232, and other current applicable law.

PLEASE TAKE FURTHER NOTICE, that any response to this notice should be sent and directed to the below named attorneys for the landlord.

|  | BY: | *Janice Bogues, as Executrix of the Estate of James Bogues,* |
|---|---|---|
|  |  | Landlord |

Dated: New York, New York
September 23 2021

*Direct All Correspondence To:*
Mizrahi Law Offices, LLC.
Attorneys for Landlord
160 Broadway, Suite 710
New York, NY 10038
877-995-2943; 917 595-5371 (fax)
Email: Intake@99LawHelp.com

YSCEF DOC. NO. 1

RECEIVED NYSCEF: 01/04/202

CIVIL COURT OF THE STATE OF NEW YORK COUNTY OF KINGS

COUNTY OF KINGS

Petitioner - Landlord:

Janice Bogues, as Executrix of the Estate of James Bogues

Respondents - Tenants:

Sharon Cooper AKA Sharon Cooper Nichols, Tyrone Nichols AKA Tyrone Nichols Sr., John Doe & Jane Doe

**AFFIDAVIT OF SERVICE**

Index No:

The undersigned being duly sworn, deposes and says that the deponent is a licensed process server; deponent is not a party herein, is over 18 years of age and resides at 637 5th avenue Ground Floor, Brooklyn, NY 11215 . That on Sep 27 2021 AT 03:17 PM at 246 Saratoga Avenue Single Family House, Brooklyn, NY 11233 deponent served the within NOTICE OF TERMINATION AND TENANT'S DECLARATION OF HARDSHIP WITH LEGAL SERVICES PROVIDER LIST on Sharon Cooper AKA Sharon Cooper Nichols, Tyrone Nichols AKA Tyrone Nichols Sr., John Doe & Jane Doe

☐ **Individual:** by delivering true copies of each to said respondent, personally; deponent knew the person so served to be the person described as said respondent therein.

☐ **Corporation:** _____ a respondent, therein named, by delivering true copies of each to _____ personally, deponent knew said corporation so served to be the corporation described, and knew said individual to be _____ thereof.

☒ **Suitable Person:** by delivering thereat, true copies of each to "John Doe" a person of suitable age and discretion.

☐ **Affixing to Door:** by affixing true copies of each to the door thereof, deponent was unable with due diligence to find respondent, or a person of suitable age or discretion thereat, having called thereon; at _____

☒ **Mailing:** Deponent also enclosed true copies of same, in a postpaid sealed wrapper properly addressed to said respondent at respondent's last known residence , 246 Saratoga Avenue Single Family House, Brooklyn, NY 11233, and depositing said wrapper in a post office, official depository under the exclusive care and custody of the United States Post Office, department, with New York State. Mailed on Sep 28 2021, by both regular first class mail & by certified mail.

☐ **Military Service:** I asked the person spoken to whether respondent was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. Respondent wore ordinary civilian clothes and no military uniform. The source of my information and the ground of my belief are the conversations and observations above narrated. Upon information and belief I aver that the respondent is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes. Sharon Cooper AKA Sharon Cooper Nichols, Tyrone Nichols AKA Tyrone Nichols Sr., John Doe & Jane Doe informed me that she was not in military service, nor was she dependent on any person in the military service of the United States or any nation allied with the United States.

**Description:**

| | | | | | |
|---|---|---|---|---|---|
| Age: 26 | Ethnicity: African American | | Gender: Male | | Weight: 130-150 |
| Height: 5'8"-5'11" | | Hair: Black | Eyes: | Relationship: | |
| Other | | | | | |

Sworn to before me on          Sep 28 2021

DAVID PAGAN
2068649-DCA
Kenco Process Serving
637 5th avenue Ground Floor
Brooklyn, NY 11215
Client: MIZRAHI LAW OFFICES

SHONELLI N. LAQUA
Notary Public State of New York
No. 01 LA6026471
Qualified in New York County
Commission Expires June 13, 2023

(7)

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

7021 1970 0000 9865 1541

SHARON COOPER
AKA SHARON COOPER NICHOLS
246 SARATOGA AVENUE
SINGLE FAMILY HOUSE
BROOKLYN, NY 11233

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

7021 1970 0000 9865 1558

TYRONE NICHOLS AKA TYRONE NICHOLS SR.,
246 SARATOGA AVENUE
SINGLE FAMILY HOUSE
BROOKLYN, NY 11233

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

7021 1970 0000 9865 1565

"JOHN DOE"
246 SARATOGA AVENUE
SINGLE FAMILY HOUSE
BROOKLYN, NY 11233

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

7021 1970 0000 9865 1572

"JANE DOE"
246 SARATOGA AVENUE
SINGLE FAMILY HOUSE
BROOKLYN, NY 11233

0



# NOTICE TO TENANT:

If you have lost income or had increased costs during the COVID-19 pandemic, or moving would pose a significant health risk for you or a member of your household due to an increased risk for severe illness or death from COVID-19 due to an underlying medical condition, and you sign and deliver this hardship declaration form to your landlord, you may be protected from eviction until at least January 15, 2022 for nonpayment of rent or for holding over after the expiration of your lease. If your landlord files an eviction against you and you provide this form to the landlord or the court, proceedings will be postponed until January 15, 2022 unless your landlord moves to challenge your declaration of hardship. If the court finds your hardship declaration valid, the eviction proceeding will be postponed until after January 15, 2022. While the eviction proceeding is postponed, you may remain in possession of your unit. You may still be evicted violating your lease by intentionally causing significant damage to the property or persistently and unreasonably engaging in behavior that substantially infringes on the use and enjoyment of other tenants or occupants causes a substantial safety hazard to others.

If your landlord has provided you with this form, your landlord must also provide you with a mailing address and e-mail address to which you can return this form. If your landlord has already started an eviction proceeding against you, you can return this form to either your landlord, the court, or both at any time. You should keep a copy or picture of the signed form for your records. You will still owe any unpaid rent to your landlord. You should also keep careful track of what you have paid and any amount you still owe.

For more information about legal resources that may be available to you, go to www.nycourts.gov/evictions/nyc/ or call 718-557-1379 if you live in New York City or go to www.nycourts.gov/evictions/outside-nyc/ or call a local bar association or legal services provider if you live outside of New York City. Financial assistance may be available to you, even if you have not qualified for assistance in the past. You should contact your local housing assistance office or the Office of Temporary and Disability Assistance (OTDA) for application information.

Residential Eviction - 9/21 - English

4



Index Number (if known/applicable): _____

County and Court (if known/applicable): _____

# TENANT'S DECLARATION OF HARDSHIP
# DURING THE COVID-19 PANDEMIC

I am a tenant, lawful occupant, or other person responsible for paying rent, use and occupancy, or any other financial obligation under a lease or tenancy agreement at (address of dwelling unit):

_____

**YOU MUST INDICATE BELOW YOUR QUALIFICATION FOR EVICTION PROTECTION BY SELECTING OPTION "A" OR "B", OR BOTH.**

☐ A. I am experiencing financial hardship, and I am unable to pay my rent or other financial obligations under the lease in full or obtain alternative suitable permanent housing because of one or more of the following:

1. Significant loss of household income during the COVID-19 pandemic.

2. Increase in necessary out-of-pocket expenses related to performing essential work or related to health impacts during the COVID-19 pandemic.

3. Childcare responsibilities or responsibilities to care for an elderly, disabled, or sick family member during the COVID-19 pandemic have negatively affected my ability or the ability of someone in my household to obtain meaningful employment or earn income or increased my necessary out-of-pocket expenses.

4. Moving expenses and difficulty I have securing alternative housing make it a hardship for me to relocate to another residence during the COVID-19 pandemic.

5. Other circumstances related to the COVID-19 pandemic have negatively affected my ability to obtain meaningful employment or earn income or have significantly reduced my household income or significantly increased my expenses.

To the extent that I have lost household income or had increased expenses, any public assistance, including unemployment insurance, pandemic unemployment assistance, disability insurance, or paid family leave, that I have received since the start of the COVID-19 pandemic does not fully make up for my loss of household income or increased expenses.

☐ B. Vacating the premises and moving into new permanent housing would pose a significant health risk because I or one or more members of my household have an increased risk for severe illness or death from COVID-19 due to being over the age of sixty-five, having a disability or having an underlying medical condition, which may include but is not limited to being immunocompromised.

I understand that I must comply with all other lawful terms under my tenancy, lease agreement or similar contract. I further understand that lawful fees, penalties or interest for not having paid rent in full or met other financial obligations as required by my tenancy, lease agreement or similar contract may still be charged or collected and may result in a monetary judgment against me. I further understand that my landlord may request a hearing to challenge the certification of hardship made herein, and that I will have the opportunity to participate in any proceedings regarding my tenancy. I further understand that my landlord may be able to seek eviction after January 15, 2022, and that the law may provide certain protections at that time that are separate from those available through this declaration.

Signed: _____

Printed name: _____

Date signed: _____

**NOTICE:** You are signing and submitting this form under penalty of law. That means it is against the law to make a statement on this form that you know is false.

Residential Eviction - 9/21 - English

(11)



# AVISO AL INQUILINO:

Si ha perdido ingresos o han aumentado sus gastos durante la pandemia COVID-19, o si mudarse le arriesgaría a usted o a un integrante de su hogar a una enfermedad grave o la muerte por COVID-19 debido a afecciones subyacentes, al firmar y entregar esta declaración de penuria a su casero, podría contar con protección contra el desalojo por alquiler impago o vencimiento de su contrato de alquiler hasta por lo menos el 15 de enero de 2022. Entréguele este formulario al casero o al tribunal si su casero comienza una demanda de desalojo y los procedimientos se postergarán hasta el 15 de enero de 2022 a menos que su casero rete la declaración de penuria. El procedimiento de desalojo se postergará hasta el 15 de enero de 2022 si el tribunal determina que su declaración de penuria es válida. Podrá continuar la tenencia inmobiliaria durante la postergación del procedimiento de desalojo. Aún le pueden desalojar por incumplimiento del contrato de alquiler por adrede haber causado daños significativos a la propiedad o al persistentemente comportarse de manera irrazonable infringiendo sustancialmente en el uso y disfrute de la propiedad por los demás inquilinos u ocupantes causándoles un riesgo sustancial.

Si su casero le ha proporcionado este formulario, también deberá proporcionarle una dirección postal y una dirección de correo electrónico para devolver este formulario. Si su casero ya ha comenzado una demanda de desalojo en su contra, en cualquier momento podrá devolver este formulario o a su casero, al tribunal o ambos. Aún le deberá el alquiler impago al casero. Mantenga un registro preciso de sus pagos y lo que todavía debe.

Si vive en la ciudad de Nueva York visite: www.nycourts.gov/evictions/nyc/ o llame al 718-557-1379 para obtener más información sobre recursos legales disponibles o si vive fuera de la ciudad de Nueva York visite: www.nycourts.gov/evictions/outside-nyc/ o llame al colegio de abogados local o proveedores de servicios legales. Ayuda financiera podría estar a su disposición, aunque no haya calificado anteriormente. Comuníquese con su oficina local de asistencia para vivienda o la Oficina de Asistencia Temporal y Asistencia Para Incapacitados (OTDA por sus siglas en inglés)

Residential Eviction - 9/21 - Spanish

| Service Area | Organization Name | Website | Telephone Number |
|---|---|---|---|
| **BRONX** | Bronx Legal Services/LSNYC | https://www.legalservicesnyc.org/ | 917-661-4500 |
| | Mobilization for Justice | https://mobilizationforjustice.org/ | 212-417-3700 |
| | NAICA (Neighborhood Association of Inter-Cultural Affairs, Inc.) | https://www.naicany.org/ | 718-538-3344 ext: 100 or ext:117 |
| | Part of the Solution (POTS) | www.potsbronx.org | 718-220-4892 ext: 101 |
| | TakeRoot Justice | https://takerootjustice.org/ | 212-810-6744 |
| | The Bronx Defenders | https://www.bronxdefenders.org/ | 718-838-7878 |
| | The Legal Aid Society | https://www.legalaidnyc.org/ | 718-991-4600 |
| | Urban Justice Center - Safety Net Project | https://snp.urbanjustice.org/ | 646-602-5600 |
| **BROOKLYN** | Brooklyn Legal Services Corporation A | https://bka.org/ | 718-487-2300 |
| | Brooklyn Legal Services/LSNYC | https://www.legalservicesnyc.org/ | 917-661-4500 |
| | CAMBA Legal Services | https://camba.org/program/legalservices/ | 718-287-0010 |
| | CoRe (Communities Resist) | https://communitiesresist.org/ | 646-974-8761 |
| | Mobilization for Justice | https://mobilizationforjustice.org/ | 212-417-3700 |
| | NYLAG (New York Legal Assistance Group) | https://www.nylag.org/ | 929-356-9582 |
| | RiseBoro Community Partnership | https://www.riseboro.org/rb/empowerment/legal_services/ | 929-282-4126 ext: 1046 or 929-297-0215 ext: 1022 |
| | TakeRoot Justice | https://takerootjustice.org/ | 212-810-6744 |
| | The Legal Aid Society | https://www.legalaidnyc.org/ | 718-722-3100 |
| | Urban Justice Center - Safety Net Project | https://snp.urbanjustice.org/ | 646-602-5600 |
| **MANHATTAN** | Goddard Riverside Law Project | https://goddard.org/programs/fighting-homelessness/goddardlawproject/ | 212-799-9638 |
| | Housing Conservation Coordinators | http://www.hcc-nyc.org/ | 212-541-5996 |
| | Lenox Hill Neighborhood House | https://www.lenoxhill.org/legaladvocacy | 212-218-0503 |
| | Manhattan Legal Services/LSNYC | https://www.legalservicesnyc.org/ | 917-661-4500 |
| | Mobilization for Justice | https://mobilizationforjustice.org/ | 212-417-3700 |
| | NDS (Neighborhood Defender Service of Harlem) | https://neighborhooddefender.org/ | 212-876-5500 |
| | NMIC (Northern Manhattan Improvement Corporation) | https://www.nmic.org/legal/ | 212-822-8300 |
| | NYLAG (New York Legal Assistance Group) | https://www.nylag.org/ | 929-356-9582 |
| | TakeRoot Justice | https://takerootjustice.org/ | 212-810-6744 |
| | The Legal Aid Society | https://www.legalaidnyc.org/ | 212-426-3000 |
| **QUEENS** | Catholic Migration Services | https://catholicmigration.org/ | 347-472-3500 |
| | JASA (Jewish Association for Services for the Aged) | https://www.jasa.org/services/legal | 212.273.5359 |
| | NYLAG (New York Legal Assistance Group) | https://www.nylag.org/ | 929-356-9582 |
| | Queens Legal Services/LSNYC | https://www.legalservicesnyc.org/ | 917-661-4500 |
| | TakeRoot Justice | https://takerootjustice.org/ | 212-810-6744 |
| | The Legal Aid Society | https://www.legalaidnyc.org/ | 718-286-2450 |
| **STATEN ISLAND** | CAMBA Legal Services | https://camba.org/program/legalservices/ | 646-973-1420 |
| | Staten Island Legal Services/LSNYC | https://www.legalservicesnyc.org/ | 917-661-4500 |
| | The Legal Aid Society | https://www.legalaidnyc.org/ | 347-422-5333 |

**CIVIL COURT OF THE CITY OF NEW YORK**
**COUNTY OF** KINGS
--------------------------------------------------------x
JANICE BOGUES, AS EXECUTRIX OF THE ES

                            Plaintiff/Petitioner,
         - against -                                    Index No. 300103/22

SHARON COOPER AKA SHARON COOPER

                            Defendant/Respondent.
--------------------------------------------------------x

### NOTICE OF ELECTRONIC FILING
### (Consensual Case)
### (Uniform Rule § 208.4-a)

**You have received this Notice because:**

- The Plaintiff/Petitioner, whose name is listed above, has filed this case using the New York State Courts e-filing system, and

- You are a Defendant/Respondent (a party) in this case.

**If you are represented by an attorney**: give this Notice to your attorney (Attorneys: see "Information for Attorneys" pg. 2).

**If you are not represented by an attorney: you are not required to e-file. You may serve and file documents in paper form and you must be served with documents in paper form. However, as a party without an attorney, you may participate in e-filing.**

### Benefits of E-Filing
You can:

- serve and file your documents electronically

- view your case file on-line

- limit your number of trips to the courthouse

- pay any court fees on-line

There are no additional fees to file, view, or print your case records.

To sign up for e-filing or for more information about how e-filing works, you may:

- visit: www.nycourts.gov/efile-unrepresented or

- go to the Help Center or Clerk's Office at the court where the case was filed. To find legal information to help you represent yourself visit www.nycourthelp.gov

## Information for Attorneys

An attorney representing a party who is served with this notice must either consent or decline consent to electronic filing and service through NYSCEF for this case.

Attorneys registered with NYSCEF may record their consent electronically in the manner provided at the NYSCEF site. Attorneys not registered with NYSCEF but intending to participate in e-filing must first create a NYSCEF account and obtain a user ID and password prior to recording their consent by going to www.nycourts.gov/efile.

Attorneys declining to consent must file with the court and serve on all parties of record a declination of consent.

For additional information about electronic filing and to create a NYSCEF account, visit the NYSCEF website at www.nycourts.gov/efile or contact the NYSCEF Resource Center (phone: 646-386-3033; e-mail: nyscef@nycourts.gov).

Dated: January 26, 2022

Robert N. Mizrahi, Esq.
Name

Mizrahi Law Offices, LLC.

Firm Name

160 Broadway, Suite 710
Address

New York, New York 10038

855-384-2869; 917 595-5371 (fax)
Phone

Intake@99LawHelp.com
E-Mail

To:     All Respondents

246 Saratoga Avenue, Single Fɑ

Brooklyn, New York 11233

7/19/19

YSCEF DOC. NO. 4

RECEIVED NYSCEF: 01/24/202

# CIVIL COURT OF THE CITY OF NEW YORK
# COUNTY OF KINGS



Janice Bogues

- v. -

Sharon Cooper et al

Index No.     LT-300103-22/KI

## COURT NOTICE

PLEASE TAKE NOTICE that your Landlord and Tenant case is scheduled on date and time assigned on the Notice of Petition for all purposes.
You must attend virtually by using the link below or by telephone number and using the Conference code below.
You must attend this appearance virtually.
Virtually attend by: Microsoft Teams meeting
Link: https://notify.nycourts.gov/meet/0v8rd4
Conference Call #: (347) 378-4143
Toll-free #: (833) 262-7886
Conference ID: 841 780 360#
For instructions, go to https://nycourts.gov/appear

Parties may appear before the court by typing the above virtual link into your browser or by calling the phone conference information above.
If you cannot appear virtually or by telephone, you can appear in person in the Intake 2 Part in Room 201 at the courthouse at 141 Livingston Street, Brooklyn, New York 11201, at the date and time your case is scheduled.  If you come to the courthouse in person, please do not bring anyone with you, and do not arrive more than 15 minutes before your case is scheduled.
If the respondent/tenant does not appear virtually, call in or come to the Brooklyn Housing Court,141 Livingston Street, Brooklyn, NY 11201, on this court date at the scheduled time, the court may issue a decision on default that gives the landlord the right to schedule the tenants eviction.
If you have any questions or concerns, please call us at 347-404-9201.

DATED 01/24/2022

FILED By Court Employee

NOTICE TO RESPONDENT TENANT

DURING THE CORONAVIRUS EMERGENCY, YOU MIGHT BE ENTITLED BY LAW TO SPECIAL DEFENSES AND PROTECTIONS RELATING TO EVICTIONS.

PLEASE CONTACT YOUR ATTORNEY IMMEDIATELY FOR MORE INFORMATION.

IF YOU DON'T HAVE AN ATTORNEY, PLEASE CALL

718-557-1379

OR VISIT

www.nycourts.gov/evictions/nyc/

---

Civil Court of the City of New York
141 Livingston Street
Brooklyn, NY 11201

NOTICE

Janice Bogues As Executrix Of The estate of James Bogues
-against-
Sharon Cooper AKA Sharon Cooper Nichols... et al.

Index # LT-300103-22KI Cal #:
**PLEASE TAKE NOTICE** that your Landlord and Tenant case has been scheduled to 03/31/2022 at 12:15 PM in Part S, Room 602 for a Motion (Judgment). **You must attend this appearance virtually.** Virtually attend by: Microsoft Teams meeting Link: https://notify.nycourts.gov/meed/0vyr8r
Conference Call #: (347) 378-4143
Toll-free #: (833) 262-7886
Conference ID: 573 282 949#
For instructions, go to https://nycourts.gov/appear
                    Chief Clerk

US POSTAGE ~PITNEY BOWES
ZIP 11201  $ 000.40⁰
02 4W
0000346918 MAR 15 2022

To:

**Tyrone Nichols**
**246 Saratoga Avenue**
**Brooklyn, NY 11233**

---

Civil Court of the City of New York
141 Livingston Street
Brooklyn, NY 11201

NOTICE

Janice Bogues As Executrix Of The estate of James Bogues
-against-
Sharon Cooper AKA Sharon Cooper Nichols... et al.

Index # LT-300103-22KI Cal #:
**PLEASE TAKE NOTICE** that your Landlord and Tenant case has been scheduled to 03/31/2022 at 12:15 PM in Part S, Room 602 for a Motion (Judgment). **You must attend this appearance virtually.** Virtually attend by: Microsoft Teams meeting Link: https://notify.nycourts.gov/meed/0vyr8r
Conference Call #: (347) 378-4143
Toll-free #: (833) 262-7886
Conference ID: 573 282 949#
For instructions, go to https://nycourts.gov/appear
                    Chief Clerk

US POSTAGE ~PITNEY BOWES
ZIP 11201  $ 000.40⁰
02 4W
0000346918 MAR 15 2022

To:

**Sharon Cooper**
**246 Saratoga Avenue**
**Brooklyn, NY 11233**

---

Civil Court of the City of New York
141 Livingston Street
Brooklyn, NY 11201

NOTICE

Janice Bogues As Executrix Of The estate of James Bogues
-against-
Sharon Cooper AKA Sharon Cooper Nichols... et al.

Index # LT-300103-22KI Cal #:
**PLEASE TAKE NOTICE** that your Landlord and Tenant case has been scheduled to 03/31/2022 at 12:15 PM in Part S, Room 602 for a Motion (Judgment). **You must attend this appearance virtually.** Virtually attend by: Microsoft Teams meeting Link: https://notify.nycourts.gov/meed/0vyr8r
Conference Call #: (347) 378-4143
Toll-free #: (833) 262-7886
Conference ID: 573 282 949#
For instructions, go to https://nycourts.gov/appear
                    Chief Clerk

US POSTAGE ~PITNEY BOWES
ZIP 11201  $ 000.40⁰
02 4W
0000346916 MAR 15 2022

To:

**"Jane" "Doe"**
**246 Saratoga Avenue**
**Brooklyn, NY 11233**

---

Civil Court of the City of New York
141 Livingston Street
Brooklyn, NY 11201

NOTICE

Janice Bogues As Executrix Of The estate of James Bogues
-against-
Sharon Cooper AKA Sharon Cooper Nichols... et al.

Index # LT-300103-22KI Cal #:
**PLEASE TAKE NOTICE** that your Landlord and Tenant case has been scheduled to 03/31/2022 at 12:15 PM in Part S, Room 602 for a Motion (Judgment). **You must attend this appearance virtually.** Virtually attend by: Microsoft Teams meeting Link: https://notify.nycourts.gov/meed/0vyr8r
Conference Call #: (347) 378-4143
Toll-free #: (833) 262-7886
Conference ID: 573 282 949#
For instructions, go to https://nycourts.gov/appear
                    Chief Clerk

US POSTAGE ~PITNEY BOWES
ZIP 11201  $ 000.40⁰
02 4W
0000346916 MAR 15 2022

To:

**"John" "Doe"**
**246 Saratoga Avenue**
**Brooklyn, NY 11233**