UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
SHARON NICHOLS, *also known as*
SHARON COOPER; TYRONE NICHOLS**,**

                Plaintiff,                                 **ORDER**
                                                                22-CV-03187 (LDH)

            -against-

JILL RANDY EPSTEIN; ALIA RAZZAQ;
ROBERT N. MIZRAHI; JANICE BOGUES,

                Defendants.
-----------------------------------------------------------x
LaSHANN DeARCY HALL, United States District Judge:

       Plaintiffs Sharon and Tyrone Nichols, proceeding *pro se,* filed the above-captioned fee-paid civil action on June 3, 2022 seeking to challenge an eviction and holdover proceeding which is pending in the Civil Court of New York, Kings County. (ECF Dkt. No 1.) On June 27, 2022, Plaintiffs submitted a proposed Order to Show Cause seeking an injunction to stop the eviction. (ECF Dkt. No. 6.) Although unclear, Plaintiffs appear to argue that they are requesting emergency relief in order to allow them to go to probate court to obtain "proof." (*Id.*)

       The Court has reviewed Plaintiffs' motion and cannot find that the request for preliminary injunctive relief makes a showing of immediate or irreparable harm and demonstrates a likelihood of success on the merits. "A party seeking a preliminary injunction must ordinarily establish (1) irreparable harm; (2) either (a) a likelihood of success on the merits, or (b) sufficiently serious questions going to the merits of its claims to make them fair ground for litigation, plus a balance of the hardships tipping decidedly in favor of the moving party; and (3) that a preliminary injunction is in the public interest." *New York ex rel. Schneiderman v. Actavis PLC*, 787 F.3d 638, 650 (2d Cir. 2015); *Broecker v. New York City Dept. of Educ.*, No. 21-CV-6387, 2022 WL 426113,

2

at *4 (E.D.N.Y. Feb. 11, 2022). Accordingly, Plaintiffs' request for preliminary injunctive relief is denied at this time.

The Clerk of Court is respectfully directed to mail a copy of this Order to *pro se* Plaintiffs and note mailing on the docket.

SO ORDERED.

    /s/ LDH

LaSHANN DeARCY HALL
United States District Judge

Dated: Brooklyn, New York
       June 27, 2022