UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
SHARON NICHOLS a/k/a SHARON COOPER
and TYRONE NICHOLS,

                        Plaintiffs,                        JUDGMENT

v.                                                  22-CV-3187 (LDH) (CLP)

JILL RANDY EPSTEIN, ALIA RAZZAQ,
ROBERT N MIZRAHI, and JANICE BOGUES,

                        Defendants.
-------------------------------------------------------------X

        A Memorandum and Order of the Honorable LaShann DeArcy Hall, United States District Judge, having been filed on March 1, 2023, dismissing Plaintiffs' claims without prejudice pursuant to Fed. R. Civ. P. 12(h)(3); certifying pursuant to 28 U.S.C. § 1915(a)(3) that any appeal would not be taken in good faith; and denying *in forma pauperis* status for the purpose of an appeal, *See Coppedge v. United States*, 369 U.S. 438, 444–45 (1962).; it is

        ORDERED and ADJUDGED that Plaintiffs' claims are dismissed without prejudice pursuant to Fed. R. Civ. P. 12(h)(3); that pursuant to 28 U.S.C. § 1915(a)(3), any appeal would not be taken in good faith; and that *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444–45 (1962).

Dated:  Brooklyn, New York                                 Brenna B. Mahoney
         March 2, 2023                                       Clerk of Court

                                                              By:    */s/Jalitza Poveda*
                                                                       Deputy Clerk